JUDGE PRESKA

**07 CV 3076**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

TRANSPORTES NAVIEROS Y
TERRESTRES, S.A. DE C.V.,

        Plaintiff,

     -against-

FAIRMOUNT HEAVY TRANSPORT N.V,

        Defendant.

-------------------------------------------------------X

07 CV
ECF CASE

APR 1 7 2007
CASHIERS

**F.R.C.P. RULE 7.1
DISCLOSURE STATEMENT**

NOW comes plaintiff TRANSPORTES NAVIEROS Y TERRESTRES, S.A. DE C.V. and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

TRANSPORTES NAVIEROS Y TERRESTRES, S.A. DE C.V. is not a publicly traded company.

Dated: New York, New York
       April 17, 2007

                              CASEY & BARNETT, LLC
                              Attorneys for Plaintiff

              By:    /s/ Martin F. Casey
                              Martin F. Casey (MFC-1415)
                              317 Madison Avenue, 21st Floor
                              New York, New York 10017
                              212-286-0225