UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x
TRANSPORTES NA VIEROS Y
TERRESTRES, S.A. DE C.V.,

            Plaintiff,

    Case No. 07 CV 3076 (LAP)

      - against -

    **AFFIDAVIT OF SERVICE**

FAIRMOUNT HEAVY TRANSORT N.V.

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK  }
                       ss.:
COUNTY OF NEW YORK  }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:40 p.m. on April 17, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Transportes NA Vieros Y Terrestres, S.A. DE C.V., upon a Ms. Patricia McElveen, who is a SeniorParalegal for ABN AMNO, Inc., ., at the following address:

      ABN AMNO, Inc.
      55 East 52 Street
      New York, NY 10055

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. McElveen, who accepted Service on behalf of ABN AMRO, Inc., regarding Fletmar Trading, LTD. Ms. McElveen, is a Blcak female, she has brown eyes with glasses and black grayish hair. She is approximately 5 feet 10 inches tall and approximately weighs 170 pounds. Ms. McElveen is approximately 55 years of age.

                                                IDRIS MAHMOUD
                                                LIC# 1151131

Sworn to before me this
19th day of April, 2007

NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 /6