UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
TRANSPORTES NA VIEROS Y
TERRESTRES, S.A. DE C.V.,

        Plaintiff,         :    Case No. 07 CV 3076 (LAP)

- against -

                                **AFFIDAVIT OF SERVICE**

FAIRMOUNT HEAVY TRANSORT N.V.

        Defendant.
- - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK   }
                             } ss.:
COUNTY OF NEW YORK  }

        IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:55 p.m. on April 17, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Transportes NA Vieros Y Terrestres, S.A. DE C.V., upon a Ms. Kera Scott-Byr, who is a Paralegal for Deutsche Bank., at the following address:

        Deutsche Bank.
        345 Park Avenue
        New York, NY 10154

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Scott-Byr, who accepted Service on behalf of Deutsche Bank., regarding Fletmar Trading, LTD. Ms. Scott-Byr, is a Black female, she has brown eyes and brown hair. She is approximately 5 feet 10 inches tall and approximately weighs 130 pounds. Ms. Scott-Byr is approximately 27 years of age.

                                                             _____
                                                             IDRIS MAHMOUD
                                                             LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____    CHRISTOPHER M. SCHIERLOH
                                               Notary Public, State of New York
    NOTARY PUBLIC                No. 02SC6152972
                                               Qualified in Nassau County
                                               Commission Expires Sept. 25, 20_6_