UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
TRANSPORTES NA VIEROS Y
TERRESTRES, S.A. DE C.V.,

              Plaintiff,    :   Case No. 07 CV 3076 (LAP)

- against -           **AFFIDAVIT OF SERVICE**

                       :
FAIRMOUNT HEAVY TRANSORT N.V.

                       :

            Defendant.
- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK  }
                              ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:00 p.m. on April 17, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Transportes NA Vieros Y Terrestres, S.A. DE C.V., upon a Ms. Nelsy Madera, who is a Service officer for CitiBank, N.A., at the following address:

      CitiBank, N.A.
      330 Madison Avenue
      New York, NY 10017

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Madera, who accepted Service on behalf of CitiBank N.A., regarding Fletmar Trading, LTD. Ms. Madera, is of Indian decent, she has brown eyes with glasses and brown hair. She is approximately 5 feet 7 inches tall and approximately weighs 150 pounds. Ms. Madera is approximately 47 years of age.

                                         _____
                                         IDRIS MAHMOUD
                                         LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____      CHRISTOPHER M. SCHIERLOH
                                     Notary Public, State of New York
NOTARY PUBLIC                       No. 02SC6152972
                                     Qualified in Nassau County
                                     Commission Expires Sept. 25, 2010