UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
TRANSPORTES NA VIEROS Y
TERRESTRES, S.A. DE C.V.,

       Plaintiff,    Case No. 07 CV 3076 (LAP )

   - against -     **AFFIDAVIT OF SERVICE**

FAIRMOUNT HEAVY TRANSORT N.V.

       Defendant.
- - - - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK }
          ss.:
COUNTY OF NEW YORK }

   IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:07 p.m. on April 17, 2007 , he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Transportes NA Vieros Y Terrestres, S.A. DE C.V., upon a Ms. Rana T. Roberts, who is a Service Banker for Wachovia., at the following address:

     Wachovia
     360 Madison Avenue
     New York, NY 10017

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Roberts, who accepted Service on behalf of Wachovia., regarding Fletmar Trading, LTD. Ms. Roberts, is a black female, she has brown eyes and black hair. She is approximately 5 feet 10 inches tall and approximately weighs 170 pounds. Ms. Roberts is approximately 30 years of age.

               IDRIS MAHMOUD
               LIC# 1151131

Sworn to before me this
19th day of April, 2007

NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__