UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
TRANSPORTES NA VIEROS Y
TERRESTRES, S.A. DE C.V.,

    Plaintiff,    Case No. 07 CV 3076 (LAP)

 - against -

          **AFFIDAVIT OF SERVICE**

FAIRMOUNT HEAVY TRANSORT N.V.

    Defendant.
- - - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK }
         } ss.:
COUNTY OF NEW YORK }

  IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:30 p.m. on April 18, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Transportes NA Vieros Y Terrestres, S.A. DE C.V., upon a Ms. Jessica Kiely, who is a Executive Administrator for American Express Bank, LTD., at the following address:

  American Express Bank, LTD
  American Express Tower
  200 Vesey Street
  New York, NY 10285

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Keily, who accepted Service on behalf of American Express Bank, LTD., regarding Fletmar Trading, LTD. Ms. Keily, is a Spanish female, she has brown eyes and brown hair. She is approximately 5 feet 8 inches tall and approximately weighs 140 pounds. Ms. Kiely is approximately 27 years of age.

             _____
             IDRIS MAHMOUD
             LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 10