UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
TRANSPORTES NA VIEROS Y
TERRESTRES, S.A. DE C.V.,

                Plaintiff,      Case No. 07 CV 3076 (LAP)

      - against -

                            **AFFIDAVIT OF SERVICE**

FAIRMOUNT HEAVY TRANSORT N.V.

                Defendant.
- - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   }
                              ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 3:20 p.m. on April 18, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Transportes NA Vieros Y Terrestres, S.A. DE C.V., upon a Mr. Christopher Ronco, who is an Assistant Treasurer for The Bank of New York, at the following address:

        The Bank of New York
        One Wall Street
        New York, NY 10286

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Mr. Ronco, who accepted Service on behalf of The Bank of New York., regarding Transportes NA Vieros Y Terrestres, S.A. DE C.V.. Mr. Ronco, is a white male, he has brown eyes and brown hair. He is approximately 5 feet 8 inches tall and approximately weighs 160 pounds. Mr. Ronco is approximately 35 years of age.

                                                        _____
                                                         IDRIS MAHMOUD
                                                         LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC

                CHRISTOPHER M. SCHIERLOH
                Notary Public, State of New York
                       No. 02SC6152972
                  Qualified in Nassau County
                Commission Expires Sept. 25, 20__