UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
TRANSPORTES NA VIEROS Y
TERRESTRES, S.A. DE C.V.,

              Plaintiff,        Case No. 07 CV 3076 (LAP)

    - against -             **AFFIDAVIT OF SERVICE**

FAIRMOUNT HEAVY TRANSORT N.V.

             Defendant.
- - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK  }
                         ss.:
COUNTY OF NEW YORK }

      IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York at 2:53 p.m. on April 18, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT for Transportes NA Vieros Y Terrestres, S.A. DE C.V., upon a Ms. Linda Platone, who is a Legal Counsel for J.P. Morgan Chase Manhattan Bank, at the following address:

        J.P. Morgan Chase Manhattan Bank
        1 Chase Manhattan Plaza- 20th Fl
        New York, NY 10005

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT, was received by a Ms. Platone, who accepted Service on behalf of Chase Manhattan Bank., regarding Fletmar Trading, LTD. Ms. Platone, is a White female, she has brown eyes and blonde hair. She is approximately 5 feet 7 inches tall and approximately weighs 160 pounds. Ms. Platone is approximately 55 years of age.

                                                        _____
                                                        IDRIS MAHMOUD
                                                       LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20__