UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
TRANSPORTES NA VIEROS Y
TERRESTRES, S.A. DE C.V.,

                         Plaintiff,      :     Case No. 07 CV 3076 (LAP )

        - against -             **AFFIDAVIT OF SERVICE**

                                 :
FAIRMOUNT HEAVY TRANSORT N.V.

                                 :
                          Defendant.
- - - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK   }
                    } ss.:
COUNTY OF NEW YORK }

       IDRIS MAHMOUD, being duly sworn, deposes and says that he is over the age of

18 years; is not a party to this action and resides within the State of New York at 2:55 p.m. on

April 17, 2007, he served the within EX PARTE ORDER FOR PROCESS OF MARITIME

ATTACHMENT for Transportes NA Vieros Y Terrestres, S.A. DE C.V., upon a Mr. Louis

Dhanraj, who is an Assistant Manager for Bank of America., at the following address:

                 Bank of America
                 56 East 42nd Street
                 New York, NY 10017

The service copy of the EX PARTE ORDER FOR PROCESS OF MARITIME

ATTACHMENT AND GARNISHMENT, was received by a Mr. Dhanraj, who accepted

Service on behalf of Bank of America, regarding Fletmar Trading, LTD.  Mr. Dhanraj, is of

Indian decent , he has brown eyes and black hair. He is approximately 5 feet 7 inches tall and

approximately weighs 160 pounds. Mr. Dhanraj is approximately 30 years of age.

                                  _____
                                   IDRIS MAHMOUD
                                   LIC# 1151131

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC

                         CHRISTOPHER M. SCHIERLOH
                         Notary Public, State of New York
                         No. 02SC6152972
                         Qualified in Nassau County
                    Commission Expires Sept. 25, 20__