**EXHIBIT 4**

## Charles Murphy

**From:** Chris Schierloh [cms@caseybarnett.com]
**Sent:** Thursday, April 26, 2007 2:34 PM
**To:** Charles Murphy
**Subject:** Trasnsportes Navieros Y Terrestres S.A.de C.V. v Fairmount Heavy Transport N.V.

Dear Mr. Murphy:

We have initiated suit against Fairmount Heavy Transport N.V. on behalf of Transportes Navieros Y Terrestres, S.A.de C.V. A writ and order of Maritime Attachment were obtained and served on the local banks. Yesterday evening we recieved notice that $1,256,354.84 in funds belonging to Fairmount has been restrained pursuant to the order of attachment.

We are placing a letter in today's mail notifying Fairmount that funds have been attached, as required by Local Admiralty Rule B.2  As a courtesy, we are also informing you of the attachment so that you may advise Fairmount in a more expeditious manner, should you wish.

Also, kindly advise if you are able to accept service of the Compalint on behalf of Fairmount.

Should you have any questions, please do not hesitate to call.

Kind regards,

Christopher M. Schierloh
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
Tel: 212-286-0225
Fax: 212-286-0261

5/2/2007