UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TRANSPORTES NAVIEROS Y
TERRESTRES, S.A. DE C.V.,

        Plaintiff,        07 CV 3076 (LAP)

  -against-

FAIRMOUNT HEAVY TRANSPORT N.V.,

        Defendant.
-------------------------------------------------------X

## DECLARATION OF WILLIAM LUKE MARSH

### EXHIBIT 6

1.07.8469.00 6424769



# CONTACT US

### Headquarters
**Con-Dive, LLC.**
2929 Briarpark, Suite 440
Houston, Texas 77042

Main: 713-358-8700
Fax: 713-358-8701

### Louisiana Operations
901 Oak Street
Houma, LA 77063

Main: 985-876-5015
Fax: 985-876-5036

### Main Contacts
Wesley Freeman - President
wfreeman@con-dive.com

Michael Ballard - Chief Operating Officer
mballard@con-dive.com

Dave Fleming - Vice-President
dfleming@con-dive.com

Richard Scott - Projects & Operations Manager
rscott@con-dive.com

Cesar Ochoa - Compliance / Safety Manager
cochoa@con-dive.com



Directions to Con-D
Enter Your Starting Addr

Address or Intersection:

City:

State:   ZIP Code:

Get Directions

Home | About Us | Capabilities | Vessels | Safety | Projects | Contact Us

© 2006, CON-DIVE, LLC, All Rights Reserved