**EXHIBIT 3**

*[Traducción jurada del neerlandés al castellano]*
*[Margen izquierdo en ambas páginas: nombre de los Agente judiciales, dirección postal, datos de contacto, horario de apertura, datos bancarios y número de IVA]*
*[Margen inferior en ambas páginas: Toda responsabilidad se limita a la cantidad implicada por caso concreto. Logotipo. Fondo de Garantía de los Agentes judiciales]*



JANS & HARTMAN Agentes Judiciales

L0501447

El Lcdo. T.S. Plas, del bufete de abogados Plas & Bossinade Advocaten, sito en la calle Paterswoldseweg 802, Postbus 1100, *[código postal]* 9700 BC en Groninga, es el letrado encargado de tramitar este asunto.

- - - - - - - - - - - - - - - - - - - - -

Hoy, a diez de noviembre de dos mil cinco;

Yo, JACOB ALBERT HARTMAN, en mi calidad de Agente judicial de Groninga, y con oficinas en esa localidad, en la calle Sylviuslaan núm. 6.

A solicitud de la sociedad anónima FAIRMOUNT HEAVY TRANSPORT, N.V., sita en Róterdam, que elige domicilio, a estos efectos, en la ciudad de Róterdam, calle Boompjes 554, en las oficinas del bufete de abogados Smallegange, Van Dam & Van der Stelt, así como, también en Groninga, en la calle Paterswoldseweg 802, *[código postal]* 9728 NX en las oficinas del abogado y procurador T.S. Plas, así como, también en esta misma ciudad de Groninga, en la calle Sylviuslaan núm. 6, en las oficinas de los Agentes judiciales J.A. Hartman y J.G. Bakker.

En virtud de la resolución, de ejecución inmediata, de fecha 9 de noviembre de 2005, dictada por el Juez de medidas provisionales del Juzgado de Primera Instancia de Groninga en respuesta al escrito de solicitud presentado por y en nombre de la solicitante, en que se autorizó la constitución del embargo preventivo sobre el barco a nombrar a continuación, frente la persona jurídica constituida según el Derecho del país y del lugar de domicilio, OCEANOGRAFÍA S.A. DE C.V., sita y con oficinas en MÉXICO, Cuidad del Carmen, Campeche, en la Avenida 4 Oriente Manzana Parque, D-Lote 5.

Habiéndome dirigido a la calle Visserijweg 10 en Farmsum, municipio de

Delfzijl, puerto núm. 1415, Doklocatie
West *[Dique Seco Oeste]*.

Y después de haber hablado con el señor R.G. Bruin, empleado técnico-comercial/Jefe de dique seco de la sociedad de responsabilidad limitada Koninklijke Niestern Sander BV, a quien presenté una copia del escrito de solicitud mencionado y de la resolución judicial sobre el mismo y rogué me permitiera el acceso al astillero y al dique seco en el que se encontraba el barco, a mencionar posteriormente, y después de que hubiera hablado a través de mi teléfono celular con el señor Harry Vedder, representante local.

Yo, el Agente judicial, en presencia del señor R.G. Bruin, antes mencionado, y estando acompañado por él, me he dirigido al dique seco y he subido a bordo del barco "Caballo Azteca", donde he hablado con el señor Louis Daniël Ascorra, que sirve en dicho barco como capitán.

Y, a continuación:

HE PRACTICADO EL EMBARGO PREVENTIVO:

Sobre el barco mencionado (un antiguo rompehielos), llamado "Caballo Azteca", varado en el sitio indicado, con todos sus accesorios tales como medios de navegación y comunicación, grúas, anclas, cadenas, cables, cabos, y demás bienes presentes destinados, por demás, al servicio permanente del barco que tiene las siguientes medidas: longitud (total) 163,9 metros, anchura 22.46 metros, profundidad 12 metros, tonelaje 15.732 bruto y 4.719 neto, provisto de dos motores Sulzer de 7.800 hp cada uno. Estos motores estaban desmontados porque se estaban reparando. El barco fue construido por Khersonskly Sudostroitelnyy Zavod-Kherson y tiene una transmisión diesel y eléctrica;

Se practica este embargo a fin de que sirva de garantía y asegure el pago, por parte de OCEANOGRAFÍA S.A. DE C.V., de la reclamación del solicitante que con inclusión del interés del dinero y de las costas, se ha calculado en la citada resolución del Juez de medidas provisionales, por el momento, en 4.797.585 dólares.

El barco mencionado es propiedad de la persona jurídica constituida según el Derecho del país y lugar de domicilio, OCEANOGRAFÍA, S.A. DE CV;

A fin de impedir la partida del barco mencionado sobre el que, de esta manera, se ha practicado embargo preventivo, yo, el Agente judicial, he adoptado las siguientes medidas:

Poner en conocimiento de este embargo al:
- señor R.G. Bruin, empleado como jefe de dique en dichos astilleros;
- Servicio de Puertos de Groninga, Seaports en Delfzijl;
- al Departamento de Policía Portuaria en Harlingen.

No he nombrado custodia alguna a bordo del barco.

La demanda en la causa principal ya se ha presentado mediante nombramiento por parte del solicitante de un árbitro, de conformidad con las cláusulas del contrato de fletamento.

De lo cual, yo, el Agente judicial, levanto acta cuya copia será notificada al propietario del barco mencionado.

Los gastos son:

acta 286,54 €

firmado y aprobado para copia:

[Firma]
J.A. Hartman
Agente Judicial

../..