**EXHIBIT 4**

Kenmerk: RH 2005/4400/56

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### AANVRAAG
### TOT BETEKENING OF KENNISGEVING IN HET BUITENLAND
### VAN EEN GERECHTELIJK OF BUITENGERECHTELIJK STUK

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, on the 15th of november, 1965.

Verdrag inzake de betekening en de kennisgeving in het buitenland van gerechtelijke en buitengerechtelijke stukken in burgerlijke zaken en in handelszaken, ondertekend te 's-Gravenhage, 15 november 1965.

---

| Identity and adress of the applicant<br>Naam en adres van de aanvrager | Address of receiving authority<br>Adres van de autoriteit voor wie de aanvraag bestemd is |
|---|---|
| **Openbaar Ministerie Groningen**<br>Postbus 577<br>9700 AN Groningen<br>Holland | **General Direction of Legal Affairs**<br>**Ministry of Foreign Affairs**<br><br>**MEXICO** |

---

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,

De ondertekenende aanvrager heeft de eer de hieronder genoemde stukken in tweevoud te doen toekomen aan de autoriteit voor wie de aanvraag bestemd is met het verzoek een exemplaar hiervan, overeenkomstig artikel 5 van het hierboven genoemde Verdrag, onverwijld te doen afgeven aan degene voor wie het stuk bestemd is, te weten:

(identity and address)    **Oceanografia S.A. de C.V., Avenida 4 Oriente Manzana Parque, D-Lote 5,**
(naam en adres)           **Cuidad der Carmen, Campeche, Mexico**

a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention (*):
met inachtneming van de wettelijk voorgeschreven vormen (artikel 5, eerste lid, onder a) (*):

b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5 (*):
met inachtneming van de volgende bijzondere vorm (artikel 5, eerste lid, onder b) (*):

c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5) (*).
eventueel door eenvoudige afgifte (artikel 5, tweede lid) (*).

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes (*) - with a certificate as provided on the reverse side.

De autoriteit wordt verzocht een exemplaar van het stuk - en van de daarbij behorende bijlagen (*) - met de aan de ommezijde bedoelde verklaring, aan de aanvrager terug te zenden of te doen terugzenden.

List of documents - Opsomming der stukken:
**petition + official report of garnishee**

Done at (Gedaan te) Groningen, the 25-11-2005

De officier van justitie,
namens deze,

B. Schippers.

(*)   Delete if inappropriate - Doorhalen wat niet van toepassing is

**CERTIFICATE - VERKLARING**

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

De ondertekenende autoriteit heeft de eer overeenkomstig artikel 6 van het genoemde Verdrag te verklaren,

1. that the document has been served (*)
   dat aan de aanvraag is voldaan (*)

   - the (date): ---------------------------------------------------------------------------------------
     op (datum)

   - at (place, street, number): -------------------------------------------------------------------
     te (plaats, straat, nr.)

   - in one of the following methods authorised by article 5:
     in een der navolgende vormen, bedoeld in artikel 5

     a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention (*)
        met inachtneming van de wettelijk voorgeschreven vormen (Artikel 5, eerste lid, onder a) (*)

     b) in accordance with the following particular method (*): ---------------------------------
        met inachtneming van de volgende bijzondere vorm (*)

     c) by delivery to the addressee, who accepted it voluntarily (*).
        door eenvoudige afgifte (*).

   The documents referred to in the request have been delivered to:
   De in de aanvrage genoemde stukken zijn afgegeven aan:

   - (identity and description of person): ---------------------------------------------------------
     (naam en hoedanigheid van de persoon)

   - relationship tot the addressee (family, business or other):
     verhouding tot degene voor wie het stuk bestemd is (verwantschap, dienstbetrekking of andere verhouding)
     ---------------------------------------------------------------------------------------------

2) that the document has not been served, by reason of the following facts (*):
   dat aan de aanvraag niet is voldaan om de volgende redenen (*)
   ---------------------------------------------------------------------------------------------
   ---------------------------------------------------------------------------------------------
   ---------------------------------------------------------------------------------------------

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement (*).
Overeenkomstig artikel 12, tweede lid van genoemd Verdrag, wordt de aanvrager verzocht de in bijgaande staat gespecificeerde kosten te betalen of terug te betalen (*).

Annexes - Bijlagen
Documents returned - Teruggezonden stukken:
---------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------

In appropriate cases, documents establishing the service:
Eventueel stukken ten bewijze dat aan de aanvraag uitvoering is gegeven:
---------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------

Done at (Gedaan te) -----------------------------------am -----------------------------------
Signature and/or stamp:
(Handtekening en/of stempel)


(*) Delete if inappropriate - Doorhalen wat niet van toepassing is

SUMMARY OF THE DOCUMENTS TO BE SERVED
AARD EN ONDERWERP VAN HET STUK

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, on the 15th of november, 1965 (article 5, fourth paragraph).

Verdrag inzake de betekening en de kennisgeving in het buitenland van gerechtelijke en buitengerechtelijke stukken in burgerlijke zaken en handelszaken, ondertekend te 's-Gravenhage, de 15de november 1965 (Artikel 5, vierde lid).

Name and adress of the requesting authority:  **Openbaar Ministerie Groningen**
Naam en adres van de aanvragende autoriteit:  **Postbus 577,**
**9700 AN Groningen, Holland**

Particulars of the parties (*):
Namen en adressen van de partijen (*):
1.  Fairmont Heavy Transport NV, Rotterdam, Holland
2.  Oceanografia S.A. de C.V., Cuidad del Carmen, Campeche, Mexico

### JUDICIAL DOCUMENT
### GERECHTELIJK STUK

Nature and purpose of the document:          **petition + official report of garnishee**
Aard en onderwerp van het stuk

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Aard en onderwerp van de eis, eventueel de grootte van het gevorderde bedrag

Date and place for entering appearance (**):
Datum en plaats van de verschijning in rechte (**)

Court which has given judgment (**):
Gerecht dat de beslissing heeft gegeven

Date of judgment (**):
Datum van de beslissing

Time limits stated in the document (**):
Vermelding van de in het stuk genoemde termijnen

### EXTRAJUDICIAL DOCUMENT
### BUITENGERECHTELIJK STUK

Nature and purpose of the document:
Aard en onderwerp van het stuk:

Time limits stated in the document (**):
Vermelding van de in het stuk genoemde termijnen (**):

(*)    If appropriate, identity and address of the person interested in the transmission of the document.
       Eventueel naam en adres van de persoon die bij de overmaking van het stuk belang heeft.

(**)   Delete if inappropriate.
       Doorhalen wat niet van toepassing is.