**EXHIBIT 6**

# SMALLEGANGE, VAN DAM & VAN DER STELT

Attorneys at Law

Mr P.F.W.A. van Dam
Mr J.F. van der Stelt
Mr R.L. Latten
Ms J. Blussé van Oud-Alblas
Mr R.C.A. van 't Zelfde
Ms E.A. Zonnenberg
Ms C.E. van Lare
Ms H.L. van der Horst
Ms M.S. Smit

Mr G.J.W. Smallegange  consultant

P.O. Box 664
3000 AR Rotterdam

Tel.: +31 10 - 2010070
Fax: +31 10 - 4124772
E-mail: mail@sdslaw.nl
Internet: www.sdslaw.nl

**URGENT**

Van Traa Advocaten
PO Box 21390
3001 AJ ROTTERDAM

F.a.o. Mr M.J. Hajdasinski

BY TELEFAX: 010 414 57 19

Rotterdam, 16 May 2006

Re        : Fairmount/Oceanografia
Your ref. : J6770/mha
Our ref.  : 2050261/27596/JFvdS/mvp

Direct phone  : 010 201 00 72
Direct fax    : 010 412 04 03
Direct e-mail : vanderstelt@sdslaw.nl

Dear Colleague,

With reference to your letter of 15 May last and the enclosures thereto.

I have noted the contents of the statements that you have sent me. I have meanwhile passed on the attachments to your fax message to clients and instructing English lawyers with the purpose to verify the contents of that documentation.

As second item on your list of enclosures you mention the confirmation of the registration of the vessel in the Mexican ship registry dated 27 October 2005. As far as I can ascertain the name of the vessel is handwritten on the document, the document itself does not contain, again as far as I can ascertain, the name of the alleged new owners of the vessel.

In view of the urgency which appears from your fax message of 15 May I would like to bring to your attention that my clients arrested the vessel on 10 November 2005 and since then my clients had no communication or reply from their debtors, nor from the alleged new

Boompjes 554      Fortis Bank (Nederland) NV
NL 3011 XZ Rotterdam   Clients' account: 64.00.20.798
BIC: FTSBNL2R     IBAN: NL76 FTSB 0640 0207 98

VAT: NL.8084.56.969.B.01

Smallegange, van Dam & van der Stelt is a partnership of professional corporations. Any liability of the firm and/or its partners shall be limited to the amount that is paid out under the firm's professional liability policy in the matter concerned.

owners that you now represent. Furthermore the vessel at the time of the arrest had already been in Delfzijl for many months, if not years. The suggestion of urgency therefore seems somewhat misplaced.

I look forward to receive a confirmation from the yard that the vessel is indeed ready to sail and also allowed by the shipyard to sail.

I understand that you have original documentation regarding the change of ownership in your office. In that respect could you please send me a copy of the MoA in respect of the sale/purchase of the vessel?

Looking forward to that further information,

Yours sincerely,

Jan van der Stelt



# Fax

| | | | |
|---|---|---|---|
| **To** | Smallegange, Van Dam & van der Stelt | **From** | M.J. Hajdasinski |
| | Attn. Mr. J.F. van der Stelt | **E-mail** | hajdasinski@vantraa.nl |
| **Fax number** | 010 412 04 03 | **Direct line** | -- |
| **Your reference** | 2050261/27596/JFvdS/mvp | **My reference** | J6770/tme |
| **Date** | 16 May 2006 | **Number of pages** | 1 |

Dear colleague

Re: 'Caballo Azteca'

Thank you for your fax of earlier today.

The documents which I have sent to you by fax yesterday I believe are sufficient for you to be able to establish that indeed my client received the ownership of the vessel before the date of the arrest and that such ownership was registered with the Ship's Register in Mexico. Subsequently, I believe you have all the information you need to lift the arrest immediately.

Hence, my fax of 15 May 2006 is hereby fully maintained. Although I believe clients are under no obligation to provide you with the MoA, I have forwarded your request to submit a copy. Nevertheless, this does not change the fact that the arrest was made on a vessel which belongs to client, and who have no connection with your clients' claim against Oceanografia.

Please confirm that the arrest will be lifted.

Kind regards

*[signature]*

Michael Hajdasinski

**Rotterdam**

PO Box 21390
3001 AJ Rotterdam
The Netherlands

Address:
Minervahuis II
Meent 94
3011 JP Rotterdam
The Netherlands

Tel +31 10 413 7000
Fax +31 10 414 5719

www.vantraa.nl

Van Traa Advocaten is a partnership consisting of professional corporations and natural persons.
Van Traa Advocaten's general conditions apply to all legal relationships to which it is a party.
The general conditions contain a limitation of liability clause and a jurisdiction clause electing the District Court of Rotterdam as the competent forum. The general conditions are at all time available for inspection, can be consulted at www.vantraa.nl and will be sent upon request free of charge.

The contents of this fax are solely intended for the addressee. Use of these contents by others without the prior approval of the sender or addressee, is not permitted. If you are not the intended

## Jan F. van der Stelt

| | |
|---|---|
| Van: | Jan F. van der Stelt |
| Verzonden: | dinsdag 16 mei 2006 18:11 |
| Aan: | 'Hajdasinski@vantraa.nl' |
| Onderwerp: | Fairmount/Oceanografia; Uw ref: J6770 |
| Urgentie: | Hoog |

Dear Colleague,

I was unable to contact you or your office by phone some minutes ago.

This is to confirm that clients have instructed me to lift the arrest on the CABALLO AZTECA.

I am now making the necessary arrangements through the bailiff.

Yours sincerely,
Jan van der Stelt

Smallegange, van Dam & van der Stelt
Advocaten/Attorneys
Boompjes 554, 3011 XZ Rotterdam
P.O. Box 664, 3000 AR Rotterdam
T +31 (0)10 201 00 70 / F +31 (0)10 412 04 03
E-mail vanderstelt@sdslaw.nl

Smallegange, van Dam & van der Stelt is een maatschap van beroepsvennootschappen. Iedere aansprakelijkheid van de maatschap en/of haar partners is beperkt tot het bedrag dat in het desbetreffende geval onder de beroepsaansprakelijkheidsverzekering van de maatschap wordt betaald.

Smallegange, van Dam & van der Stelt is a partnership of professional corporations. Any liability of the firm and/or its partners shall be limited to the amount that is paid out under the firm's professional liability policy in the matter concerned.

Dit bericht is uitsluitend bestemd voor de (rechts)persoon aan welke het is gericht. Het kan vertrouwelijke of alleen voor deze bestemde informatie bevatten, die niet mag worden geopenbaard. Als dit bericht niet voor u bestemd is, mag u de ontvangen informatie niet lezen, gebruiken, verspreiden of kopieren. Als u dit bericht abusievelijk hebt ontvangen, gelieve u het te verwijderen en contact op te nemen met de afzender.

This message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged information, the disclosure of which is prohibited. If you are not the intended recipient you may not read, use, disseminate or copy the information transmitted. If you have received this message in error, please contact the sender and delete the material from any computer.

Jan van der Stelt.vcf

1