**EXHIBIT 7**

## DECLARATION OF JAN FREDRIK VAN DER STELT

## TRANSLATION EXHIBIT 7

**Page 2 of Exhibit 7, letter from Jans & Hartman to the Delfzijl Port Authorities.**

Seaports Groningen
F.a.o. the Harbourmaster
By Fax
Delfzijl

Groningen: 17 May 2006
File nr.: L050144 (archive)
Your ref:
**Re:** **vessel Caballo Azteca**

Dear Sir, Madam,

On 10 November, 2005 I have, at the request of Fairmount Heavy Transport NV of Rotterdam, placed a conservatory arrest on the Caballo Azteca, while in dock of Royal Niestern Sander, Visserijweg 10 at Farnsum, harbour number 1415, dock location West.

I can now advise you that herewith the arrest is lifted, so that the aforementioned vessel is free to sail.

Yours faithfilly,

J.A. Hartman
Court Bailiff


**Page 4 of Exhibit 7, letter from Jans & Hartman to the Harbour Police.**

Harbour Police
Unit Waddenzee
By fax
Delfzijl

Groningen: 17 May 2006
File nr.: L050144 (archive)
Your ref:
**Re:** **vessel Caballo Azteca**

Dear Sir, Madam,

On 10 November, 2005 I have, at the request of Fairmount Heavy Transport NV of Rotterdam, placed a conservatory arrest on the Caballo Azteca, while in dock of Royal Niestern Sander, Visserijweg 10 at Farnsum, harbour number 1415, dock location West.

I can now advise you that herewith the arrest is lifted, so that the aforementioned vessel is free to sail.

Yours faithfilly,

J.A. Hartman
Court Bailiff

# JANS & HARTMAN
## GERECHTSDEURWAARDERS

J.A. Hartman
J.C. Bakker
J. Klaassen
Gerechtsdeurwaarders
R. Beuker
Kandidaat-deurwaarders

Correspondentie aan:
Postbus 889
9700 AW Groningen

Kantooradres
Sylviuslaan 6
Telefoon: (050) 527 67 67
Fax: (050) 527 52 51

Openingstijden
8.30-12.30 / 13.30-16.30

www.jans-hartman.nl
email: post@jans-hartman.nl

Postbank 874 141
ABN Amro 44 64 04 683
IBAN NL25ABNA0446404683
BIC ABN ANL 2 A

BTWnr NL 00803575786B01

Mr. J.F. van der Stelt
Per fax

Groningen, 17 mei 2006.
Inzake   : Gaballo Azteca
Onze ref : L0501447 (archief) RUD
Uw ref   : 2050261/JfvdS

Geachte heer,

In opgemelde zaak wordt het bijgaande u zonder begeleidend schrijven aangeboden :

0   volgens afspraak

0   naar aanleiding van uw brief/telefoontje d.d.

X   **ter kennisneming**

0   ter afhandeling

0   ter ondertekening en terugzending

0   met verzoek om schriftelijk commentaar

Vertrouwend u hiermede van dienst te zijn geweest,

hoogachtend,

Jans & Hartman



J.A. Hartman
J.G. Bakker
J. Klaassen
*Gerechtsdeurwaarders*
R. Beuker
*Kandidaat-deurwaarders*

*Correspondentie aan:*
Postbus 889
9700 AW Groningen

*Kantooradres*
Sylviuslaan 6
Telefoon: (050) 527 67 67
Fax: (050) 527 52 51

*Openingstijden*
8.30-12.30 / 13.30-16.30

www.jans-hartman.nl
email: post@jans-hartman.nl

Postbank 874 141
ABN Amro 44 64 04 683
IBAN NL25ABNA0446404683
BIC ABN ANL 2 A

BTWnr NL 008035757B6B01

# JANS & HARTMAN
GERECHTSDEURWAARDERS

Seaports Groningen

T.a.v. de Havenmeester
Per fax
Delfzijl

Groningen  : 17 mei 2006
Dossiernr  : L050144 (archief)
Uw ref     :
**Inzake    : zeeschip Caballo Azteca**

Geachte heer, mevrouw,

Op 10 november 2005 heb ik op verzoek van Fairmount Heavy Transport N.V. te Rotterdam conservatoir beslag gelegd op de Caballo Azteca, gelegen in het dok van de Koninklijke Niestern Sander aan de Visserijweg 10 te Farmsum, haven nr. 1415, doklocatie West.

Ten gevolge van bijgaand faxbericht kan ik u berichten dat het gelegde beslag hierbij is opgeheven, zodat voornoemd schip thans vrij is te vertrekken.

Hoogachtend,

J.A. Hartman
Gerechtsdeurwaarder



## Verzendoverzicht

| | | | | |
|---|---|---|---|---|
| Datum/tijd | 17-05-2006 | 09:39:10 | Kopregel verzenden | |
| Lokale ID 1 | 050 527 52 51 | | Lokale naam 1 | Jans & Hartman |
| Lokale ID 2 | | | Lokale naam 2 | |

### Dit document: bevestigd
### (verkleinde afdruk en gegevens hieronder)
### Documentformaat: A4

*[reduced-size reproduction of faxed letter from Jans & Hartman Gerechtsdeurwaarders to Seaports Groningen, T.a.v. de Havenmeester, Per fax, Delfzijl; Groningen, 17 mei 2006; Dossiernr: 1050144 (archief); Inzake: zeeschip Caballo Azteca. Letter states that on 16 november 2005, at request of Fairmount Heavy Transport N.V. te Rotterdam, conservatoir beslag was placed on the Caballo Azteca, gelegen in het dok van de Koninklijke Niestern Sander aan de Visserijweg 18 te Farmsum, haven nr. 1415, doklocatie West. Per attached fax notice, the beslag is opgeheven, so the vessel is free to depart. Signed Hoogachtend, J.A. Hartman, Gerechtsdeurwaarder.]*

| Totaal gescande pagina's: 3 | | | Totaal bevestigde pagina's: 3 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Nr. | Opdr. | Extern station | Starttijd | Duur | Pagina's | Lijn | Mode | Opdrachttyp | Resultaat |
| 001 | 808 | Faxility | 09:36:54 17-05-2006 | 00:01:52 | 3/3 | 1 | G3 | HV | VT9600 |

Afkortingen:
HV: Host verzonden    LP: Lokaal gepolld    AM: Afgedrukt vanuit mailbox   AG: Afgebroken dr gebruiker
HO: Host ontvangen    EP: Extern gepolld    VT: Voltooid      AS: Afgebroken dr systeem   G3: Groep 3
WV: Wachtend op verzendin   OM: Opgeslagen in mailbox   ML: Mislukt      OP: Overzicht gemaakt    FC: Fout gecorrigeerd

J.A. Hartman
J.G. Bakker
J. Klaassen
Gerechtsdeurwaarders
R. Beuker
Kandidaat-deurwaarders

Correspondentie aan:
Postbus 889
9700 AW Groningen

Kantooradres
Sylviuslaan 6
Telefoon: (050) 527 67 67
Fax: (050) 527 52 51

Openingstijden
8.30-12.30/13.30-16.30

www.jans-hartman.nl
email: post@jans-hartman.nl

Postbank 874 141
ABN Amro 44 64 04 683
IBAN NL25ABNA0446404683
BIC ABN ANL 2 A

BTWnr NL 00803575786B01

# JANS & HARTMAN
### GERECHTSDEURWAARDERS

Waterpolitie
Unit Waddenzee
Per fax
Harlingen

Groningen  : 17 mei 2006
Dossiernr  : L050144 (archief)
Uw ref     :
**Inzake**     : **zeeschip Caballo Azteca**

Geachte heer, mevrouw,

Op 10 november 2005 heb ik op verzoek van Fairmount Heavy Transport N.V. te Rotterdam conservatoir beslag gelegd op de Caballo Azteca, gelegen in het dok van de Koninklijke Niestern Sander aan de Visserijweg 10 te Farmsum, haven nr. 1415, doklocatie West.

Ten gevolge van bijgaand faxbericht kan ik u berichten dat het gelegde beslag hierbij is opgeheven, zodat voornoemd schip thans vrij is te vertrekken.

Hoogachtend,

J.A. Hartman
Gerechtsdeurwaarder



## Verzendoverzicht

| | | | | |
|---|---|---|---|---|
| Datum/tijd | 17-05-2006 | 09:36:12 | Kopregel verzenden | |
| Lokale ID 1 | 050 527 52 51 | | Lokale naam 1 | Jans & Hartman |
| Lokale ID 2 | | | Lokale naam 2 | |

Dit document: bevestigd
(verkleinde afdruk en gegevens hieronder)
Documentformaat: A4



Totaal gescande pagina's: 3     Totaal bevestigde pagina's: 3

| Nr. | Opdr. | Extern station | Starttijd | Duur | Pagina's | Lijn | Mode | Opdrachttyp | Resultaat |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 806 | +31 517 419863 | 09:35:11 17-05-2006 | 00:00:26 | 3/3 | 1 | FC | HV | VT26400 |

Afkortingen:
- HV: Host verzonden
- HO: Host ontvangen
- WV: Wachtend op verzendin
- LP: Lokaal gepolld
- EP: Extern gepolld
- OM: Opgeslagen in mailbox
- AM: Afgedrukt vanuit mailbox
- VT: Voltooid
- ML: Mislukt
- AG: Afgebroken dr gebruiker
- AS: Afgebroken dr systeem
- OP: Overzicht gemaakt
- G3: Groep 3
- FC: Fout gecorrigeerd