**EXHIBIT 8**

Caballo

pagina 1 van 2

## Jan F. van der Stelt

**Van:** Pieter van der Wal [p.vanderwal@groningen-seaports.com]
**Verzonden:** vrijdag 27 april 2007 13:45
**Aan:** Jan F. van der Stelt
**CC:** Wessel van der Kooij; Andre Bruijn
**Onderwerp:** Caballo

Departed vessels details Delfzijl CABALLO AZTECA

Vessel: CABALLO AZTECA
Agent: WAGENBORG Agencies

ATA 07-10-2002  09:30
ATD 27-07-2006  13:44

IMO nr: 8624395
Type: SUPPLY SHIP (OPSY)
NT: 4772
GT: 13514
DWT: 1670D

Flag: Mexico
Call sign: XCJB
LOA: 159,00
BOA: 30,40
Dglh: 6/20  Dglv: 0/00

Movements:
| Berth | Arrival | Time | Prev. | T |
|---|---|---|---|---|
| ZEZEE | 27/07/2005 13:44 | DLWHH | d |
| DLWHH 27/12/2005 09:49 | DLTHH | p |
| DLTHH 19/12/2005 15:00 | DLWHH | p |
| DLWHH 16/11/2004 12:00 | PALHK | p |
| PALHK 05/11/2004 14:21 | DLWHH | p |

27-04-2007

Caballo

Geachte heer,

Naar aanleiding van uw vraag aangaande de juiste vertrek datum van de Caballo uit Delfzijl hierbij een uitdraai van ons haveninformatie systeem.

De datum is 27-07-2006 om 13:44.

Vriendelijke groet
Groningen Seaports
Pieter van der Wal
Chief Port Operations / PFSO
Tel 0596-640400

WWW.GRONINGEN-SEAPORTS.COM



GRONINGEN SEAPORTS

Ipsa scientia potestas est

27-04-2007

pagina 2 van 2