UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRANSPORTES NAVIEROS Y               :
TERRESTRES, S.A. DE C.V.             :
                                     :
                Plaintiff,           :
                                     :
         -against-                   :   07 CV 3076 (LAP)
                                     :
FAIRMOUNT HEAVY TRANSPORT N.V.,      :
                                     :
                Defendant.           :
------------------------------------------------------------X

## NOTICE OF RESTRICTED APPEARANCE IN ACCORDANCE WITH RULE E(8) OF THE F.R.C.P. SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS

To the Clerk of the Court and all parties of record:

Pursuant to Rule E(8) of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, Charles E. Murphy, of Tisdale & Lennon, LLC hereby makes a restricted appearance on behalf of defendant FAIRMOUNT HEAVY TRANSPORT N.V. in the above captioned action in order to defend against an alleged admiralty and maritime claim with respect to which there has been issued process in rem or process of attachment and garnishment. Furthermore, this appearance is expressly restricted to the defense of said claim and is not an appearance for the purpose of any other motion, petition or claim with respect to which such process is not available or has not been served.

In accordance with the above-stated restriction, please enter my appearance as counsel in this case for defendant FAIRMOUNT HEAVY TRANSPORT N.V.

I certify that I am admitted to practice in this Court.

Dated: May 3, 2007
New York, NY

          Defendant,
          FAIRMOUNT HEAVY TRANSPORT N.V.,

BY: _____
Charles E. Murphy (CM 2125)
TISDALE & LENNON, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025
(212) 869-0067 (fax)
cmurphy@tisdale-lennon.com

## AFFIRMATION OF SERVICE

I hereby certify that on May 4, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

Charles E. Murphy