UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TRANSPORTES NAVIEROS Y
TERRESTRES, S.A. DE C.V.,

      Plaintiff,     07 CV 3076 (LAP)

 -against-

FAIRMOUNT HEAVY TRANSPORT N.V.,

      Defendant.
-------------------------------------------------------X

## DECLARATION OF WILLIAM LUKE MARSH

EXHIBIT 2

1.07.8469.00 6424759

| Help | Home | LR-Fairplay | Change Password | Sign Off |

Company Name: **OCEANOGRAFIA**  Owner Code: 1818267
Title: Parent Company  Last Changed: 2004.09.27

Data Group: Overview   Details: Company Summary   [Go] [Next]

[Find Ship]
[Find Company]
[Quick Query]
[Ship Type Query]
[Builder Query]

### COMPANY FLEET (Entire Fleet)

| LR/IMO | Shipname | Flag | Year | GT | Class | ShipType | Status | Link |
|---|---|---|---|---|---|---|---|---|
| 9241712 | BARON | NEA | 2002 | 14149 | LR | Cable-Layer | S | FM/GO/RO/SM |
| 9257371 | CABALLO ANDALUZ | MEX | 2003 | 1570 | LR | Support Supply Ship | S | FM/SM |
| 9169081 | CABALLO APPALOOSA | MEX | 1998 | 408 | AB | Tug | S | FM/SM |
| 8624395 | CABALLO AZTECA | MEX | 1987 | 15732 | RI | General Cargo | S | FM/GO/RO/SM |
| 8942448 | CABALLO BLANCO | MEX | 1981 | 199 | GL | Supply Ship (O.R.S.V.) | S | FM/GO/RO/SM |
| 9240392 | CABALLO DE MAR | MEX | 2001 | 3050 | AB | Support Supply Ship | S | SM |
| 9276468 | CABALLO DE TROYA | MEX | 2002 | 1209 | LR | Supply Ship (O.R.S.V.) | S | FM/SM |
| 9169079 | CABALLO LIPIZANO | MEX | 1998 | 408 | AB | Tug | S | FM/GO/RO/SM |
| 9206968 | CABALLO PALOMINO | MEX | 1999 | 360 | LR | Tug | S | SM |
| 7220518 | CABALLO PERCHERON | MEX | 1972 | 655 | AB | Tug | S | FM/GO/RO/SM |

[Next] [Last]  Records 1 to 10 of 19



SHIP INFORMATION (Main Details)

| | | | |
|---|---|---|---|
| | CABALLO AZTECA | LR/IMO No. | 8624395 |
| | General Cargo | Ship Updated | 2005.07.20 |
| | In Service/Commission | Date of Build | 1987.10 |

| | | Tonnages | |
|---|---|---|---|
| | XCUB | Gross | 15,732 |
| | 0401128735-3 | Net | 4,719 |
| | 1377245 | DWT | 10,700 |
| | POLA | Dimensions (metres) | |
| | Mexico | Draught | 9m |
| | Ciudad delCarmen | Length (Overall) | 163.9m |
| | Oceanografia | Length (BP) | 145.38m |
| | Oceanografia | Length (Reg) | |
| | Khersonskiy Sudostroitelnyy Zavod -Kherson | Breadth (ext) | 22.46m |
| | 5002 | Breadth (mld) | 22.41m |
| | RI RS(disc.) | Depth (mld) | 12m |
| | Oil Engine(s), Electric Drive | Screws | Single-Screw |



Sea-w

| | | Help | Home | LR-Fairplay | Change Password | Sign Off | |
|---|---|---|---|---|---|---|---|

Company Name: OCEANOGRAFIA   Owner Code: 1818267
Parent Company   Last Changed: 2004.09.27

Data Group: Overview   Details: Company Summary   [Go] [Next]

- Find Ship
- Find Company
- Quick Query
- Ship Type Query
- Builder Query

### COMPANY FLEET (Registered Owner)

| LRNo | ShipName | Flag | Built | GT | Class | ShipType | Status |
|---|---|---|---|---|---|---|---|
| 9241712 | BARON | NEA | 2002 | 14149 | LR | Cable-Layer | S |
| 8624395 | CABALLO AZTECA | MEX | 1987 | 15732 | RI | General Cargo | S |
| 8942448 | CABALLO BLANCO | MEX | 1981 | 199 | GL | Supply Ship (O.R.S.V.) | S |
| 9169079 | CABALLO LIPIZANO | MEX | 1998 | 408 | AB | Tug | S |
| 7220518 | CABALLO PERCHERON | MEX | 1972 | 655 | AB | Tug | S |
| 8974001 | CABALLO ROJO | MEX | 1979 | 213 | - | Crewboat | S |
| 8975342 | CAROLINA | MEX | 1976 | 125 | GL | Crewboat | S |
| 8938459 | KELSEY | MEX | 1976 | 164 | ABcc | Crewboat | S |
| 6815536 | OSA CAMPECHE | MEX | 1968 | 907 | - | Supply Ship (O.R.S.V.) | S |

Records 1 to 9 of 9