UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TRANSPORTES NAVIEROS Y
TERRESTRES, S.A. DE C.V.,

         Plaintiff,                  07 CV 3076 (LAP)

  -against-

FAIRMOUNT HEAVY TRANSPORT N.V.,

         Defendant.
-------------------------------------------------------X

## DECLARATION OF WILLIAM LUKE MARSH

## EXHIBIT 3

1.07.8469.00 6424761


Decide with Confidence

**This report is currently being reviewed. Significant changes may have occurred.
Those detected will be reflected in the updated report that will follow free of charge.**

Confidential, this information is provided by D & B to : 965026628 Subject to the terms and conditions of your contract.

## Business Information Report

| Reference | |
|---|---|
| 8295 | 01/May/2007  11:06 GMT |
| Business Information Report | |

This report is in response to your inquiry on:

Oceanografia, S.A. de C.V.

...................... IMPORTANT ANNOUNCEMENT ........................

Looking forward over 2007, Mexico's short-term risk profile will be characterised by moderating (albeit respectable) economic growth and noticeable domestic and legislative challenges in the political sphere. In the economic environment, we expect business activity to remain stronger over the first half of 2007, before gradually slowing down in line with cooling external conditions. Economic activity, which will also benefit from increased social spending and government investment into national infrastructure, will drive real GDP growth of around 3.5% in 2007 after registering an estimated 4.7% in 2006. Elsewhere, the recently inaugurated government of President Felipe Calderon Hinojosa of the ruling National Action Party will face a challenging political environment, reflecting considerable legislative opposition to his market-oriented reform programme and lingering social discontent after months of unrest in the southern state of Oaxaca. It appears that Calderon is trying to differentiate himself from his predecessor, Vicente Fox, who was seen as weak and ineffectual by opposition politicians and the public.

..........................................................................

```
COMMERCIAL REPORT          DATE PRINTED
CD  - Full Revision          1/5/2007
BIR - Normal Report
```

---

D-U-N-S: #81-101-6385

Oceanografia, S.A. de C.V.

---

(Formerly: Consultores y Contratistas en Oceanografia, S.A., date of the

/

```
change: 10/Dec/1979)

Av. 4 Oriente No. 2-A Puerto Ind. Pesquero
Entrada por la calle 26 A. Lopez Mateos
Col. Laguna Azul
C.P. 24140
Cd. del Carmen, Campeche
Mexico

Social Address:
Salvador Diaz Miron No. 1012 Altos
Col. Maria de la Piedad
C.P. 96410
Coatzacoalcos, Veracruz
Mexico
Tel(s):(938) 3812570
Fax:   (938) 3812571

E-MAIL: zaidelteran@oceanografia.com.mx
================================================================
The figures in this report are presented in Mexican Pesos, unless
otherwise indicated.

                          S U M M A R Y

. LOB : Leasing of vessels and marine equipment
. SIC : 5088 5551 1629 8711
                                 RATING      :  5A     3
. ESTABLISHED : 1968
. R.F.C.      : OCE791214330     NET WORTH   :  $966,636,361
                                 FINAN. COND :  Limited
. RECORD      : Incomplete
. PAYMENTS    : Prompt            SALES       : $2,595,230,475
. CAP. STOCK  : $525,384,376      IMPORTS/EXPORTS
. SUITS       : NO
```

D&B'S RATING - 5A 3

The 5A portion of the Rating indicates the Estimated Financial
Strength. The 3 on the right indicates the Composite Credit Appraisal
(See Table Below)

```
       Estimated Financial Strength
-------------------------------------------
Net Worth           Range in Mexican Pesos

5A              511,490,000     and above
4A              102,298,000     511,489,999
3A               15,345,000     102,297,999
2A                7,672,000      15,344,999
1A                3,836,000       7,671,999
 A                1,923,000       3,835,999
 B                  962,000       1,922,999
 C                  481,000         961,999
 D                  246,000         480,999
 E                  123,000         245,999
 F                   61,000         122,999
 G                     Up to         60,999
 O         Financial information not available

            Composite Credit Appraisal
-------------------------------------------------------------
```

```
Rating     Condition            Interpretation

  1        Strong               Minimal Risk Expected
  2        Good                 Low Risk Expected
  3        Limited              Slightly Above Average Risk - Monitor
  4        Unbalanced           Significant Risk - Review Carefully
  -        Undetermined         Unknown - Insufficient Information
  S        Services             Not Applicable - No Assigned Condition
```

MANAGEMENT

30/Apr/2007

President Council
Eng. Amado Yanez Correa

Manager Construction
Eng. Lorenzo Yanez Correa

Director Finance
Mr. Victor Aranda Morales

Comptroller
P.A. Zaide Teran Sandoval

Manager Administrative
Eng. Jorge Teran Banoye

Manager Purchasing
Bachelor Ernesto Ortiz Cervera

Manager Sales
Mr. Hermilio Escobedo Obrador

PAYMENTS:

Apr/30/2007

..............................................................

AVERAGE PAYMENTS IN MEXICO

International Risk and Payment Review, a unique Dun and Bradstreet Publication covering 122 countries worldwide, reported in April 2007:

     A) The local delays in payment average 1-2 months, and
     B) the foreign exchange bank delays average 0-1 month.

For more information concerning this publication please contact your local Dun and Bradstreet representative.

..............................................................

**       D&B's GLOBAL TRADE EXPERIENCES       **

D&B obtains payment references from local and international suppliers. References listed below may be from either or both sources. Amounts may be rounded to the nearest figure in prescribed ranges

| DATE  | PAYMENTS | HIGH CREDIT | NOW OWES | PAST DUE | TERMS |
|-------|----------|-------------|----------|----------|-------|
| 05/05 | Cash MXP | 10,000      | 0        | 0        | *24   |

```
05/05          USD         100,000         0        0      C.O.D.
08/05          USD         200,000         0        0      C.O.D.
09/05    Cash  USD           1,000         0        0
09/05          USD         200,000         0        0      C.O.D.
03/06    Cash  USD           1,000         0        0
11/06    Cash  USD           5,000         0        0
11/06    Cash  MXP      25,000,000         0        0
03/07    Cash  USD           5,000         0        0
04/07    Prompt MXP           100          0        0      N30
04/07    Cash  MXP             300         0        0
04/07    Prompt USD      8,000,000         0        0      N60
```

Payment references contained in this report may have been obtained from the same source in different months and monetary units. In some instances, payment beyond terms can be the result of disputes over merchandise, lost invoices, etc.

============================================================================

BANKS:
30/Apr/2007

Oceanografia, S.A. de C.V. Currently has accounts in the following bank(s):

Bank Nam : BBVA BANCOMER, S.A.           HSBC DE MEXICO, S.A.
City     : Cd. del Carmen                Cd. del Carmen
State    : Campeche                      Campeche
Country  : Mexico                        Mexico
Branch   : Oficina Principal             Oficina Principal

Bank Nam : BANCO SANTANDER, S.A.         BANCO MERC. DEL NORTE, S.A
City     : Cd. del Carmen                Cd. del Carmen
State    : Campeche                      Campeche
Country  : Mexico                        Mexico
Branch   : Oficina Principal             Oficina Principal

HISTORY

Apr/30/2007

Established as a Stock Company with Variable Capital, on Oct 2nd 1990. Deed 2266 registered by Notary's office 191 Bachelor David Malagon Kamel, registered in the Mercantile Registry in Mexico, Distrito Federal. Mercantile Folio 17346. Duration of 99 years.
Object: Operates as consultant engineers, studies, projects, maritime works and diving. The major shareholder is Eng. Amado Yanez Correa, however, ownership was not mentioned..
Former name: Consultores y Contratistas en Oceanografia, S.A., founded on , 1968. On Dec 10th, 1979, by charter amendment, the name was changed to Oceanografia, S.A. On Oct 2nd, 1990, by charter amendment, the name was changed to Oceanografia, S.A. de C.V..

Capital Stock: $525,384,376 Mexican Pesos. Initial capital: $100,000 Mexican Pesos.

The main stockholders are: Eng. Amado Yanez Correa, P.A. Samuel Yanez Chaparro, Eng. Alberto Duarte Martinez, Mr. Carlos Daniel Yanez Osuna, Eng. Amado Omar Yanez Osuna.
Power of Attorney assigned to the president who represent(s) the firm in all business transactions.

It was established in 1968.
This is a well established business.

```
Under present firm name since 1979.
Status active.
```

ANTECEDENTS

Apr/30/2007

Eng. Amado Yanez Correa was born in 1935. Originally from: Mexico, Distrito Federal. Legal status: married. Graduated from Instituto Politecnico Nacional. In Mexico, D.F., Mexico. Degree in Geology. From 1966 to 1978, was employed by UNIVERSIDAD NACIONAL AUTONOMA DE MEXICO, Mexico, Distrito Federal, Mexico. Last position held: Researcher. Started with subject in 1968. Earned doctor's degree at the University of Texas in USA.

AFFILIATES

Mar/13/2007

The following companies are listed as affiliates due to either a similarity of parent company or because they share similar stockholders.

   Transportes Navieros Terrestres, S.A. de C.V., Intercompany relations: intercompany sales.

OPERATIONS

Apr/30/2007

LOB: Leasing of vessels and marine equipment
Provides: Marine crafts and supplies, SIC: 50880100;. Wholesales: Marine supplies and equipment, SIC: 55510400;. Engaged in: Marine construction, SIC: 16290110;. Engaged in: Marine engineering, SIC: 87119908;.
as well as diving and construction equipment. Works 8 hours in 1 daily shift(s).

MARKET
In this country the subject is considered a medium concern in this field. Competition in this market is normal.

PURCHASES
Purchases from 500 suppliers. 70% of purchases from national suppliers; payment terms from 30, 60 to 90 days.

30% of purchases from foreign suppliers; payment terms from 30, 60 to 90 days. Imports principally from United States(100%). Purchases principally to: BREDERO SHAW MEXICO, S.A. DE C.V., ARIES COATINGS, S.A. DE C.V., MANOMETROS Y DISTRIBUCIONES, S.A. DE C.V.

SALES

| Business Information Report |

Sells through own personnel. Has 2 client(s). Sells to government(100%). Sells mainly to PETROLEOS MEXICANOS. Cd. del Carmen, Campeche, Mexico (92%). CON-DIVE LLC United States (8%). Selling terms credit: 30 days and 60 days, special agreement (100%).

TERRITORY
Sells mainly in in the metropolitan area and internationally, Cd. del Carmen, Campeche, United States (100%).

EQUIPMENT/VEHICLES



```
The subject owns the vehicles used by the business. Vehicles including: 78
vehicles of various models, ship(s). Operates with owned equipment as well
as as well as 1 as well as 2 as well as 1 as well as 2 as well as 1 .
```

SALES SEASON
Sales are steady throughout the year.
The subject hires 3000 employees contracted by Transportes Navieros y
Terrestres, S.A. de C.V.

INSURANCE
The company is insured with SEGUROS ING, S.A. DE C.V., Mexico, Distrito
Federal, Mexico. (100% on total coverage). Covering all risks.

LOCATION:

Apr/30/2007

At this address the subject maintains the administrative offices. The
subject owns premises of 3,000 square meters of building of single-story.

BRANCHES.
The subject maintains 1 branch(es).

Oceanografia, S.A. de C.V., Paraiso, Tabasco Mexico. Mantains
representative office.

UPDATE

Apr/30/2007

In the recent investigation ending on Apr 30th, 2007. P.A. Zaide Teran
Sandoval, Comptroller, declined all financial information per company
policy. However, local sources consulted confirmed that the following
figures at Dec 31st, 2005 are still representative.

FINANCIAL STATEMENTS:

Nov/14/2006

................................................................

An analysis made by D&B Mexico shows that only 0.1% of companies file
their financial figures with public sources. However, through
proprietary internal processes and unique local sources, D&B
Mexico fulfills over 32% of Businesses Information Reports with
relevant financial information.
................................................................

                              BALANCE SHEET
                              Fiscal Balance
                  To 31/Dec/2005 Figures in $ Mexican Pesos


                                A S S E T S

    Cash & Banks                                         4,237,760
    Receivable Account                               1,407,420,006
    Clients                                             29,619,110
    Inventory                                        1,462,403,480
                                                     .............
    Total Current Assets                             2,903,680,356
    Other Assets                                       182,182,512
                                                     .............
    TOTAL ASSETS                                     3,085,862,868

LIABILITIES

```
Notes Payable                         209,601,309
Suppliers                             776,846,790
Taxes Payable                          56,684,177
Other Liabilities                     289,304,946
                                      ............
Total Current Liabilities                           1,332,437,222

Long Term Liabilities                 786,789,285
Capital Stock                         525,384,376
Period Result                         255,774,118
Other Capital Accounts                185,477,867
                                      ............
TOT LIAB. + NET WORTH                               3,085,862,868
```

PROFIT AND LOSS STATEMENT
From Jan 1st, 2005 to Dec 31st, 2005

```
NET SALES TOTAL                                     2,595,230,475
Sales Costs                         2,180,411,096
Cost of Goods sold                  2,180,411,096
Gross Profit                                          414,819,379
Sales Operations                      287,017,653
Oper. Costs-Total                     287,017,653
Operating Income                                      127,801,726
Other Expenses                        127,825,726
Other Accounts                            146,666
Finan. Costs-Total                    127,972,392
Income before Taxes                                   255,774,118
                                                     ............
INCOME (LOSS)                                         255,774,118
```

COMPARATIVE FIGURES

to Dec 31st, 2005
Fiscal

```
                      Mexican Pesos
Current Assets        2,903,680,356
Current Liabilities   1,332,437,222
Working Capital       1,571,243,134
Other Assets            182,182,512
Net Worth               966,636,361
Sales                 2,595,230,475
Net Profits             255,774,118
Net Profit Ratio              9 85
```

FINANCIAL RATIOS
To Dec 31st, 2005

```
OPERATION RATIOS
   Net Income to Sales                 9 85  %
   Net Income to Assets                8 28  %
   Net Income to Net Worth            26 46  %

ACTIVITY
   Net Sales to Total Assets           0 84  TIMES
   Net Sales to Fixed Assets          14 24  TIMES
```

```
Selling Days Receivable                      4  10  DAYS

INDEBTEDNESS RATIO
Total Liab. to Total Assets                 68  67  %
Total Liab. to Net Worth                     2  19  TIMES

LIQUIDITY
Curr. Assets to Curr. Liab.                  2  17  TIMES
Curr. Assets-inv. to Curr. Liab              1  08  TIMES
Total Assets to Total Liab.                  1  45  TIMES
Net Worth to Total Liab.                     0  45  TIMES
Net Worth to Curr. Liab.                     0  72  TIMES
```

This report, which is licensed under contract solely for use by D&B's customer as one factor in its business decisions, contains information compiled from sources D&B does not control and which, unless otherwise indicated in this report, has not been verified. D&B does not assume any of user's business risk; does not guarantee the accuracy, completeness, and timeliness of the information; and shall not be liable in tort, contract or otherwise for any loss, damage, and injury resulting from use of this information, even if caused by D&B's negligence.

Copyright 2005 Dun & Bradstreet
All Rights Reserved

*** REPORT COMPLETE ***

© 2007 D & B, Inc. All rights reserved. This report is provided for your internal business use only and may not be reproduced or re-distributed in any manner whether mechanical or electronic without the permission of D&B.

Whilst D&B attempts to ensure that the information provided is accurate and complete by reason of the immense quantity of detailed matter dealt with in compiling the information and the fact that some of the data are supplied from sources not controlled by D&B which cannot always be verified, including information provided direct from the subject of enquiry as well as the possibilit of negligence and mistake, D&B does not guarantee the correctness or the effective delivery of the information and will not be held responsible for any errors therein or omissions therefrom.

