UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TRANSPORTES NAVIEROS Y
TERRESTRES, S.A. DE C.V.,

                Plaintiff,                07 CV 3076 (LAP)

   -against-

FAIRMOUNT HEAVY TRANSPORT N.V.,

                Defendant.
-------------------------------------------------------X

## DECLARATION OF WILLIAM LUKE MARSH

## EXHIBIT 4

1.07.8469.00 6424763

# Texas A&M University ☆ Department of Oceanography

## Alumni Directory - X-Z

A - B - C - D - E - F - G - H - I - J - K - L - M - N - O - PQ - R - S - T - UVW - XYZ

**Mr. Amado Yanez**
Transportes navieros Y Terrestres Tiburcio
Sanchez de la barquera NO 46
Col. Merced Gomez Mixcoac
C.P. 03910 Mexico D.F.

**Marilyn Yeager**
Department of Oceanography
Texas A&M University
College Station, TX 77843-3146

**Dr. Kuor-Jier Yip**
DECEASED

**Dr. Yanhui Yu**
3334 Tiger Lilly Ridge
Ann Arbor, MI 48103

**Dr. Richard M. Yuill**
1230 Lake Estates Ct
Sugar Land, TX 77478

**Ms. Colleen Zastrow**
University of Maryland
Chesapeake Biological Lab
P. O. Box 38 Solomons, MD 20688

**Dr. Jie Zhang**
Exxon Exploration Company
222 Benmar GP 8/Room 559
Houston, TX 77060

**Dr. Youcheng Zhang**
Sprint Information Technology Services
12490 Sunrise Valley Drive
Reston, VA 20191

**Mathew Ziegler**
1009 Los Arboles NW
Albuquerque, NM 87107

**Mr. Robert A. Zimmerman**
10959 Hamlen Park Dr. S.
San Antonio, TX 78249-4118

**Dr. James Joseph Zullig**
ADDRESS UNKNOWN

**Mr. Alan-Jon W. Zupan**
1723 Enoree Ave.
Columbia, SC 29205

**Mr. Guillermo Fernando Zurita Fabre**
Instituto Oceanografico Casilla
#5440 Guayaquil, Ecuador

Date Last Updated: 28-Sep-2006