UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
TRANSPORTES NAVIEROS Y
TERRESTRES, S.A. DE C.V.,

        Plaintiff,         07 CV 3076 (LAP)

  -against-

FAIRMOUNT HEAVY TRANSPORT N.V.,

        Defendant.
-------------------------------------------------X

## DECLARATION OF WILLIAM LUKE MARSH

---

**EXHIBIT 6**

---



# CONTACT US

## Headquarters
**Con-Dive, LLC.**
2929 Briarpark, Suite 440
Houston, Texas 77042

Main: 713-358-8700
Fax: 713-358-8701

## Louisiana Operations
901 Oak Street
Houma, LA 77063

Main: 985-876-5015
Fax: 985-876-5036

## Main Contacts
Wesley Freeman - President
wfreeman@con-dive.com

Michael Ballard - Chief Operating Officer
mballard@con-dive.com

Dave Fleming - Vice-President
dfleming@con-dive.com

Richard Scott - Projects & Operations Manager
rscott@con-dive.com

Cesar Ochoa - Compliance / Safety Manager
cochoa@con-dive.com



Directions to Con-D
Enter Your Starting Addr
Address or Intersection:
City:
State:   ZIP Code:

Get Directions

Home | About Us | Capabilities | Vessels | Safety | Projects | Contact Us

© 2006, CON-DIVE, LLC, All Rights Reserved