**EXHIBIT 2**

## SHIP OVERVIEW

| | | | | |
|---|---|---|---|---|
| Ship Name | **CABALLO AZTECA** | Shiptype | **General Cargo Ship** | |
| Year of Build | **1987** | LR/IMO Ship No. | **8624395** | |
| Gross Tonnage | **15,732** | Deadweight | **10,700** | |
| MMSI No. | **345070061** | Call Sign | **XCUB** | |
| Status | **In Service/Commission** | Flag | **Mexico** | |



## REGISTRATION, P&I, AND COMMUNICATIONS

| | | | |
|---|---|---|---|
| Port of Registry | **Ciudad del Carmen** | Flag | **Mexico** |
| Official Number | **0401128735-3** | Sat Com ID | **1377245** |
| Sat Com Ans Back | **POLA** | Fishing Number | |
| P&I Club | **Unknown** | | |

## OWNERSHIP

| | | | | | |
|---|---|---|---|---|---|
| Group Owner | **Transportes Navieros** | Location | **Mexico** | | |
| Shipmanager | **Oceanografia SA de CV** | Location | **Mexico** | | |
| Operator | **Oceanografia SA de CV** | Location | **Mexico** | | |
| DOC Company | **Unknown** | Location | | IMO Company No (DOC) | |
| Registered Owner | **Transportes Navieros** | Location | **Mexico** | IMO Registered Owner No | **1755175** |

## COMMERCIAL HISTORY

| Date | Name | Flag | Group Owner | Operator | Manager | Registered Owner | DOC | Price |
|---|---|---|---|---|---|---|---|---|
| 2006-06 | | | Transportes Navieros | | | | | |
| 2006-05 | | | | | | Transportes Navieros | | |
| 2003-03 | | | Oceanografia SA de CV | | | | | |
| 2002-09 | CABALLO AZTECA | Mexico | | Oceanografia SA de CV | Oceanografia SA de CV | Oceanografia SA de CV | | |
| 2001-02 | | | | Gemdale Worldwide | Gemdale Worldwide | Gemdale Worldwide | | |
| 1999-00 | Deepwater Supply 1 | | | | | | | |
| 1997-11 | Arctic Supply 1 | St Vincent & The Grenadines | | | | | | |
| 1997-09 | | | | Unknown | Unknown | Intership | | |
| 1997-06 | | | Unknown | | | | | |
| 1992-06 | | | FESCO | | | | | |
| 1992-00 | | Russia | | | | | | |
| 1989-06 | | USSR | | | | | | |
| 1987-10 | | U.S.S.R. | | | | | | |
| 1987-00 | Aleksey Chirikov | | | | | | | |
| Not recorded | | | | | | FESCO | | |

Originally Aleksey Chirikov

## TECHNICAL MANAGEMENT

## CLASS

Class: Registro Italiano Navale (2000-00-00)

Class History

| Date | Class | Status |
|---|---|---|
| 1997-10-00 | Russian Maritime Register | (Disclassed) |
| 1980-99-00 | Russian Maritime Register | In Class |

## SURVEYS DUE

## CONSTRUCTION OVERVIEW

| Shiptype | General Cargo Ship | Built | 1987 | GT | 15,732 | Deadweight | 10,700 |

## SHIP BUILDER

1987-10 Khersonskiy Sudostroitelnyy Zavod - Kherson Yard/hull No.: 5002

## STATUS

| Date | Status |
|---|---|
| 1987-00-00 | In Service/Commission |

## CONSTRUCTION DETAIL

Hull Material:Steel; Ice strengthened; Hull Connections:Welded; Decks:2 dks; Icebreaking

## SERVICE CONSTRAINTS

Trading, Commercial; Sea, Unspecified

## ALTERATIONS & CONVERSIONS

## DIMENSIONS

| Length Overall | 163.900 | Length (BP) | 145.380 |
|---|---|---|---|
| Length (Reg) | 0 | Bulbous Bow | No |
| Breadth Extreme | 22.460 | Breadth Moulded | 22.410 |
| Draught | 9.000 | Depth | 12.000 |
| Height | 0 | | |
| Displacement | 20200 | T/CM | 0 |

## TONNAGES

| Tonnage Type | One tonnage, unspecified | Tonnage System | New System (International 1969) |

| | | | | |
|---|---|---|---|---|
| Effective Date | 1987-10 | Effective Date | 1987-10 |
| Gross | 15,732 | Net | 4,719 |
| Deadweight | 10,700 | CGT | 15,732 |
| Formula Deadweight | 17,260 | | |

## SISTER SHIPS

At most, the first fifty sister ships are returned. Click here to return all sister ships into Search Results.

## CARGO OVERVIEW

| Grain | 0 | Bale | 15,300 | Liquid (Oil) | 0 | TEU | 326 |

## COMPARTMENTS

5 STEEL (UNSPECIFIED) Centre Or Only Dry Cargo Hold(s

## TANKS

## HATCHES

4 Centre Or Only Normal Hatch 0.00m long by 0.00m breadth

## CAPACITIES

Bale 15,300; Insulated 212; Liquid @ 98% 865; TEU: 326 C Ho 198 TEU C Dk 128 TEU

## SPECIALIST

## CARGO HANDLING GEAR

2 Cranes of 25 tonnes SWL, 1 Crane of 12.50 tonnes SWL

## RO-RO (LANES, RAMPS & DOORS)

Ramps: 1 Starboard Aft

## TOWAGE

## MISCELLANEOUS

## MACHINERY OVERVIEW

2 diesel electric oil engines driving 2 generators each 5,500kW a.c. connected to 1 electric motor each 12,643shp & geared to screw shaft driving 1 FP propeller
Total Power: Mcr 11,460kW (15,580hp)
Service Speed: 15.90kts

## PRIME MOVER DETAIL

Design: Sulzer, Engine Builder: Wartsila Diesel Oy - Turku
2 x 12ZV40/48, 2 Stroke, Single Acting, Vee
12 Cy. 400 x 480, Mcr: 5730 kW (7790 hp)

## AUXILIARY ENGINES

## BOILERS

## AUXILIARY GENERATORS

Aux Generator: 3 x 880kW

## BUNKERS

Fuel: high viscosity fuel: 3210.00 tonnes

## THRUSTERS

## INSPECTIONS & DETENTIONS

Data as reported by Port State Control Authorities

## SMC

| Sequence | Current | | | |
|---|---|---|---|---|
| Shipname (Reported) | Caballo Azteca | Flag (Reported) | DOC Company | Unknown |
| Type | | Auditor | Issuer | |
| Date of Issue | 1997-11-01 | Date of Expiry | | |

## THREE YEAR EVENT SUMMARY

| Significant Event | Last 12 months | Between 1 and 2 years ago | 2-3 years ago |
|---|---|---|---|
| Casualties | 0 | 0 | 0 |
| Class changes | 0 | 0 | 0 |
| Detentions | 0 | 0 | 0 |
| DOC certificates | 0 | 0 | 0 |
| Flag changes | 0 | 0 | 0 |
| Group Owner changes | 1 | 0 | 0 |
| Inspections | 0 | 0 | 0 |
| Name changes | 0 | 0 | 0 |

## EVENT TIMELINE

| Date | Significant Events |
|---|---|

| | |
|---|---|
| 2006-06 | Group Owner Transportes Navieros |
| 2006-05 | Owner Transportes Navieros |
| 2003-03 | Group Owner Oceanografia SA de CV |
| 2002-09 | Name changed to CABALLO AZTECA, Flagged by Mexico, Operater Oceanografia SA de CV, Owner Oceanografia SA de CV, Owner Oceanografia SA de CV, Ship Manager Oceanografia SA de CV |
| 2001-02 | Operater Gemdale Worldwide, Owner Gemdale Worldwide, Ship Manager Gemdale Worldwide |
| 2000-00 | Classed RI |
| 1999-00 | Name changed to Deepwater Supply 1 |
| 1997-11 | Name changed to Arctic Supply 1, Flagged by St Vincent & The Grenadines |
| 1997-10 | Disclassed RS |
| 1997-09 | Operater Unknown, Owner Intership, Ship Manager Unknown |
| 1992-06 | Group Owner FESCO |
| 1992-00 | Flagged by Russia |
| 1989-06 | Group Owner USSR |
| 1987-10 | Flagged by U.S.S.R. |
| 1987-00 | Name changed to Aleksey Chirikov, Status changed to In Service/Commission |
| Not Recorded | Classed RS, Owner FESCO |

## PHOTOGRAPHS


Name when taken: **Caballo Azteca**
Date of Photo: **2002-10-10**
Copyright: **Fotoflite**


Name when taken: **Caballo Azteca**
Date of Photo: **2002-10-10**
Copyright: **Fotoflite**


Name when taken: **Caballo Azteca**
Date of Photo: **2002-10-10**
Copyright: **Fotoflite**


Name when taken: **Caballo Azteca**
Date of Photo: **2002-10-10**
Copyright: **Fotoflite**


Name when taken: **Caballo Azteca**
Date of Photo: **2002-10-10**
Copyright: **Fotoflite**


Name when taken: **Caballo Azteca**
Date of Photo: **2002-10-10**
Copyright: **Fotoflite**

Name when taken: **Caballo Azteca**


Date of Photo     2002-10-10
Copyright     Fotoflite


Name when taken     **Caballo Azteca**
Date of Photo     2002-10-10
Copyright     **Fotoflite**


Name when taken     **Caballo Azteca**
Date of Photo     2002-10-10
Copyright     **Fotoflite**

## EQUASIS



To view information available on Equasis for this vessel click on the button below.

Equasis is a public web-site promoting quality shipping, and this access from Sea-web has the approval of the Equasis Secretariat.



## INMARSAT



To view information available on the Inmarsat Ships Directory for this vessel, click on the button below.

[Inmarsat]

This link is by ship name, so please ensure that you are viewing the correct ship in the Directory. If you cannot see the ship you can search again directly in the Directory. Please note that the Directory displays each Inmarsat

terminal separately for each ship.

## AIS POSITION



| MMSI | 345070061 | Last seen at | 27/4/2007 |
| Name | CABALLO AZTECA | Latitude | N 19°35.8( |
| Callsign | XCUB | Longitude | W 92°14.4 |
| IMO number | 8624395 | Heading | 256° |
| Length | 159 m | Speed | 0.1 knots |
| Beam | 30 m | Destination | AREA DE P |
| Draught | 8.7 m | ETA | 29/4/2007 |
| Vessel Type | N/A | Status | Restriced n |

## MOVEMENTS

Reported 2007-04-27 sailed from Veracruz Anchorage, Mexico

At most, the last 50 movements are returned. Click here to return all movements for the ship or on a port to view ships in that port at that time.

| Port of Call | Country | Arrival Date | Sailing Date | Hours in Port |
|---|---|---|---|---|
| Veracruz Anchorage | Mexico | 2006-10-11 | 2006-10-11 | <2 |
| Veracruz | Mexico | 2006-09-21 | 2006-10-11 | 462 |
| Scheveningen Outer Anchorage | Netherlands | 2006-07-29 | 2006-08-03 | 120 |
| Delfzijl | Netherlands | 2006-07-01 | 2006-07-27 | 636 |

## FIXTURES

You do not currently subscribe to this module, click here for further details

## SHIP NEWS STORIES

This vessel has been linked with the following News stories (at most 50 are shown)
(The service is only available to subscribers to Fairplay International Shipping Weekly)

© 2007 Lloyd's Register - Fairplay Ltd. Lloyd's Register - Fairplay Ltd assumes no responsibility and shall not be liable to any person for any loss, damage or expense caused by reliance on the information or advice in this document or howsoever provided, unless that person has a contract with Lloyd's Register - Fairplay Ltd and in that case any responsibility or liability is exclusively on the terms and conditions set out in that contract.