# Exhibit 5

## DECLARATION OF JAN FREDRIK VAN DER STELT

### TRANSLATION EXHIBIT 5

**Fax message of Van Traa Advocaten 15 May, 2006**

Dear Colleague,

### Re: "Caballo Axteca"

In the above mentioned matter I am appointed by TRANSPORTES NAVIEROS Y TERRESTRES S.A. DE C.V. ("TNT").

If I am correct, you represent the interests of Fairmount Heavy Transport NV with regard to a Charterparty dispute between your clients and the Mexican company Oceanografia SA de CV, about which arbitration is presently pending in London.

You have on behalf of your clients, in accordance with leave granted by the President of the Groningen District Court on 10 November, 2005, arrested the vessel "Caballo Azteca", which vessel is in drydock with Royal Niestern Sander at Delfzijl, against Oceanografia SA de CV.

I enclose with this fax message copy of:
- the declaration by Mr Cortes Caro from Mexico, notary public, dated 21 April 2006 from which appears that the ownership of the "Caballo Azteca" was transferred to TNT, including a sworn translation into Dutch;
- the confirmation of that entry in the Mexican Ship register dated 27 October, 2005;
- the confirmation of the Mexican Secretariat of Communication and Transport dated 20 April 2006 and a sworn Dutch translation thereof, from which appears that TNT is owner of the "Caballo Azteca";
- Certificate with number 163/2005 dated 8 December 2005, issued by the Mexican Ministry of Communication and Transport, from which appears that the "Caballo Azteca" was entered in the Ship register under number 8094, p. 1721 owned by TNT.

The original documents are in my office. Please feel free to visit my office to review the originals if so requested.

The vessel is almost ready to leave Delfzijl. Clients are preparing to employ the vessel in Mexico, starting from 8 June 2006 for a period of 450 days at a Hire of USD 100,000 per day.

I would be pleased to receive by return your confirmation that the arrest on "Caballo Azteca" is lifted. If you fail to comply with this request I look forward to receive your dates on which you will be prevented to appear in Injunction proceedings in order to lift the arrest. In that case I also would like to receive a counter guarantee on Rotterdam Guarantee Form 2000 to the amount of USD 45,000,000, failing which I will feel free to arrest assets owned by your clients.

To conclude it will be evident that your clients are held liable for all costs and financial losses of my clients, including their legal fees.

Yours sincerely,



# VAN TRAA
ADVOCATEN

# Fax

| | | | |
|---|---|---|---|
| **Aan** | De weledelgestrenge heer | **Van** | M.J. Hajdasinski |
| | Mr J.F. van der Stelt | **E-mail** | hajdasinski@vantraa.nl |
| **Faxnummer** | 010 - 412 04 03 | **Doorkiesnummer** | |
| **Uw referentie** | | **Mijn referentie** | J6770/mha |
| **Datum** | 15 mei 2006 | **Aantal pagina's** | 2 + 13 |

Amice,

**Betreft: 'Caballo Azteca'**

In bovengenoemde zaak ben ik ingeschakeld door TRANSPORTES NAVIEROS
Y TERRESTRES S.A. DE C.V. ("TNT").

Als ik het goed heb, behartigt u de belangen van Fairmount Heavy Transport NV
inzake een charterdispuut tussen uw cliënte en de Mexicaanse vennootschap
Oceanografia SA de CV, waarover thans arbitrage aanhangig is in Londen.

U heeft namens uw cliënte, krachtens het door de Voorzieningenrechter te
Groningen op 10 november 2005 verleende verlof, ten laste van Oceanografia SA
de CV beslag gelegd op het zeeschip "Caballo Azteca", dat in Delfzijl in dok ligt
bij de Koninklijke Niestem Sander werf.

Als bijlage bij deze fax zend ik u kopie mee van:
- de verklaring van notaris Cortés Caro uit Mexico d.d. 21 april 2006 waaruit
  blijkt dat de eigendom van de 'Caballo Azteca' op 27 oktober 2005 is
  overgegaan van Oceanografia SA de CV op TNT, met een beëdigde
  Nederlandse vertaling van die verklaring;
- de bevestiging van die inschrijving in het Mexicaanse scheepsregister d.d. 27
  oktober 2005;

### Rotterdam

Postbus 21390
3001 AJ Rotterdam

Adres:
Minervahuis II
Meent 94
3011 JP Rotterdam

Tel  010 413 7000
Fax 010 414 5719

www.vantraa.nl

Van Traa Advocaten is een maatschap van rechtspersonen met beperkte aansprakelijkheid en van
natuurlijke personen. Op alle rechtsverhoudingen zijn de algemene voorwaarden van Van Traa
Advocaten van toepassing. Daarin is een aansprakelijkheidsbeperking opgenomen. De voorwaarden
liggen ter inzage, zijn in te zien op www.vantraa.nl en worden op verzoek kosteloos toegezonden.

De inhoud van deze fax is uitsluitend bestemd voor de geadresseerde. Gebruik van deze inhoud
door anderen zonder voorafgaande toestemming van de afzender of geadresseerden is niet
geoorloofd. Indien de fax ten onrechte bij u terecht is gekomen, verzoeken wij u vriendelijk
onmiddellijk contact op te nemen met de afzender

15-05-06  14:25    Van-VAN TRAA ADVOCATEN          +31010414571Ð       T-090  P.02   F-332
Case 1:07-cv-03076-LAP    Document 25-6    Filed 05/07/2007    Page 4 of 4

VAN TRAA
ADVOCATEN

- 2 -

- De bevestiging van het Mexicaanse Secretariaat voor Communicatie en Transport d.d. 20 april 2006 en
  beëdigde Nederlandse vertaling daarvan, waaruit blijkt dat TNT eigenaar is van de 'Caballo Azteca';
- Certificaat met nummer 163/2005 d.d. 8 december 2005, afgegeven door het Mexicaanse Ministerie van
  Communicatie en Verkeer, waaruit blijkt dat de 'Caballo Azteca' op 27 oktober 2005 is ingeschreven in
  het scheepsregister onder inschrijving 8094, p. 1721 als eigendom van TNT.

De originele stukken bevinden zich bij mij op kantoor in de kluis. U bent vanzelfsprekend welkom om deze
hier ten kantore te komen bekijken.

Het schip is bijna gereed om uit Delfzijl te vertrekken. Cliënte staat op het punt om de 'Caballo Azteca' in te
gaan zetten in Mexico vanaf 8 juni 2006 voor een periode van 450 dagen tegen een huur van USD 100.000,--
per dag.

Gaarne ontvang ik uw omgaande bevestiging dat het beslag op de 'Caballo Azteca' wordt opgeheven. Bij
gebreke van die bevestiging ontvang ik gaarne uw verhinderdata voor de komende dagen in verband met het
door mij aanhangig te maken opheffings Kort Geding. Voorts ontvang ik in dat geval gaarne een
tegengarantie op Rotterdams Garantieformulier ten behoeve van uw achterban voor een bedrag van
$ 45.000.000,- (zegge: vijfenveertig miljoen US Dollar), bij gebreke waarvan ik mij vrij acht bewarende
maatregelen te treffen namens cliënte.

Tot slot moge duidelijk zijn dat ik uw achterban aansprakelijk houd voor alle door mijn achterban geleden en
te lijden schade, proces- en advocaatkosten en overige kosten.

Met vriendelijke groet,

Michael Hajdasinski