# EXHIBIT 7

## DECLARATION OF JAN FREDRIK VAN DER STELT

### TRANSLATION EXHIBIT 7

**Page 2 of Exhibit 7, letter from Jans & Hartman to the Delfzijl Port Authorities.**

Seaports Groningen
F.a.o. the Harbourmaster
By Fax
Delfzijl

| | |
|---|---|
| Groningen: | 17 May 2006 |
| File nr.: | L050144 (archive) |
| Your ref: | |
| **Re:** | **vessel Caballo Azteca** |

Dear Sir, Madam,

On 10 November, 2005 I have, at the request of Fairmount Heavy Transport NV of Rotterdam, placed a conservatory arrest on the Caballo Azteca, while in dock of Royal Niestern Sander, Visserijweg 10 at Farnsum, harbour number 1415, dock location West.

I can now advise you that herewith the arrest is lifted, so that the aforementioned vessel is free to sail.

Yours faithfilly,

J.A. Hartman
Court Bailiff

**Page 4 of Exhibit 7, letter from Jans & Hartman to the Harbour Police.**

Harbour Police
Unit Waddenzee
By fax
Delfzijl

| | |
|---|---|
| Groningen: | 17 May 2006 |
| File nr.: | L050144 (archive) |
| Your ref: | |
| **Re:** | **vessel Caballo Azteca** |

Dear Sir, Madam,

On 10 November, 2005 I have, at the request of Fairmount Heavy Transport NV of Rotterdam, placed a conservatory arrest on the Caballo Azteca, while in dock of Royal Niestern Sander, Visserijweg 10 at Farnsum, harbour number 1415, dock location West.

I can now advise you that herewith the arrest is lifted, so that the aforementioned vessel is free to sail.

Yours faithfilly,

J.A. Hartman
Court Bailiff

050 527 52 51     Jans & Hartman

J.A. *Hartman*
J.C. *Bakker*
J. *Klaassen*
*Gerechtsdeurwaarders*
R. *Beuker*
*Kandidaat-deurwaarders*

*Correspondentie aan:*
Postbus 889
9700 AW Groningen

*Kantooradres*
Sylviuslaan 6
Telefoon: (050) 527 67 67
Fax: (050) 527 52 51

*Openingstijden*
8.30-12.30/13.30-16.30

www.jans-hartman.nl
email: *post@jans-hartman.nl*

Postbank 874 141
ABN Amro 44 64 04 683
IBAN NL25ABNA0446404683
BIC ABN ANL 2 A

BTWnr NL 0080357578680I

**JANS & HARTMAN**
GERECHTSDEURWAARDERS

Mr. J.F. van der Stelt
Per fax

Groningen, 17 mei 2006.
Inzake   : Gaballo Azteca
Onze ref : L0501447 (archief) RUD
Uw ref   : 2050261/JfvdS

Geachte heer,

In opgemelde zaak wordt het bijgaande u zonder begeleidend
schrijven aangeboden :

0   volgens afspraak

0   naar aanleiding van uw brief/telefoontje d.d.

**X   ter kennisneming**

0   ter afhandeling

0   ter ondertekening en terugzending

0   met verzoek om schriftelijk commentaar


Vertrouwend u hiermede van dienst te zijn geweest,

hoogachtend,

Jans & Hartman



J.A. Hartman
J.G. Bakker
J. Klaassen
Gerechtsdeurwaarders
R. Beuker
Kandidaat-deurwaarders

Correspondentie aan:
Postbus 889
9700 AW Groningen

Kantooradres
Sylviuslaan 6
Telefoon: (050) 527 67 67
Fax: (050) 527 52 51

Openingstijden
8.30-12.30/13.30-16.30

www.jans-hartman.nl
email: post@jans-hartman.nl

Postbank 874 141
ABN Amro 46 64 04 683
IBAN NL25ABNA0446404683
BIC ABN ANL 2 A

BTWnr NL 00803575786B01

## JANS & HARTMAN
### GERECHTSDEURWAARDERS

Seaports Groningen

T.a.v. de Havenmeester
Per fax
Delfzijl

Groningen  : 17 mei 2006
Dossiernr  : L050144 (archief)
Uw ref     :
**Inzake    : zeeschip Caballo Azteca**

Geachte heer, mevrouw,

Op 10 november 2005 heb ik op verzoek van Fairmount Heavy
Transport N.V. te Rotterdam conservatoir beslag gelegd op de
Caballo Azteca, gelegen in het dok van de Koninklijke Niestern
Sander aan de Visserijweg 10 te Farmsum, haven nr. 1415,
doklocatie West.

Ten gevolge van bijgaand faxbericht kan ik u berichten dat het
gelegde beslag hierbij is opgeheven, zodat voornoemd schip thans
vrij is te vertrekken.

Hoogachtend,

J.A. Hartman
Gerechtsdeurwaarder



## Verzendoverzicht

| | | |
|---|---|---|
| Datum/tijd | 17-05-2006 | 09:39:10 |
| Lokale ID 1 | 050 527 52 51 | |
| Lokale ID 2 | | |

Kopregel verzenden
Lokale naam 1    Jans & Hartman
Lokale naam 2

### Dit document: bevestigd
### (verkleinde afdruk en gegevens hieronder)
### Documentformaat: A4

JANS & HARTMAN
GERECHTSDEURWAARDERS

Seaports Groningen

T.a.v. de Havenmeester
Per fax
Delfzijl

Groningen : 17 mei 2006
Dossiernr : L050146 (archief)
Uw ref :
Inzake    : zeeschip Caballo Azteca

Geachte heer, mevrouw,

Op 10 november 2005 heb ik op verzoek van Fairmount Heavy
Transport N.V. te Rotterdam conservatoir beslag gelegd op de
Caballo Azteca, gelegen in het dok van de Koninklijke Niestern
Sander aan de Visserijweg 10 te Farmsum, haven nr. 1413,
doklocatie West.

Ten gevolge van bijgaand faxbericht kan ik u berichten dat het
gelegde beslag hierbij is opgeheven, zodat voornoemd schip thans
vrij is te vertrekken.

Hoogachtend,

J.A. Hartman
Gerechtsdeurwaarder



| Totaal gescande pagina's: 3 | | Totaal bevestigde pagina's: 3 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nr. | Opdr. | Extern station | Starttijd | Duur | Pagina's | Lijn | Mode | Opdrachttyp | Resultaat |
| 001 | 808 | Faxility | 09:36:54 17-05-2006 | 00:01:52 | 3/3 | 1 | G3 | HV | VT0600 |

Afkortingen:
HV: Host verzonden    LP: Lokaal gepolld    AM: Afgedrukt vanuit mailbox  AG: Afgebroken dr gebruiker
HO: Host ontvangen    EP: Extern gepolld    VT. Voltooid    AS: Afgebroken dr systeem    G3: Groep 3
WV: Wachtend op verzendin  OM: Opgeslagen in mailbox  ML: Mislukt    OP: Overzicht gemaakt    FC: Fout gecorrigeerd



**JANS & HARTMAN**
GERECHTSDEURWAARDERS

*J.A. Hartman*
*J.G. Bakker*
*J. Klaassen*
*Gerechtsdeurwaarders*
*R. Beuker*
*Kandidaat-deurwaarders*

*Correspondentie aan:*
Postbus 889
9700 AW Groningen

*Kantooradres*
Sylviuslaan 6
Telefoon: (050) 527 67 67
Fax: (050) 527 52 51

*Openingstijden*
8.30-12.30/13.30-16.30

www.jans-hartman.nl
email: post@jans-hartman.nl

Postbank 874 141
ABN Amro 44 64 04 683
IBAN NL25ABNA0446404683
BIC ABN ANL 2 A

BTWnr NL 00803575785B01

Waterpolitie
Unit Waddenzee
Per fax
Harlingen

Groningen : 17 mei 2006
Dossiernr : L050144 (archief)
Uw ref    :
**Inzake**     **: zeeschip Caballo Azteca**

Geachte heer, mevrouw,

Op 10 november 2005 heb ik op verzoek van Fairmount Heavy
Transport N.V. te Rotterdam conservatoir beslag gelegd op de
Caballo Azteca, gelegen in het dok van de Koninklijke Niestern
Sander aan de Visserijweg 10 te Farmsum, haven nr. 1415,
doklocatie West.

Ten gevolge van bijgaand faxbericht kan ik u berichten dat het
gelegde beslag hierbij is opgeheven, zodat voornoemd schip thans
vrij is te vertrekken.

Hoogachtend,

J.A. Hartman
Gerechtsdeurwaarder



## Verzendoverzicht

| Datum/tijd | 17-05-2006 | 09:36:12 | | Kopregel verzenden | |
| Lokale ID 1 | 050 527 52 51 | | | Lokale naam 1 | Jans & Hartman |
| Lokale ID 2 | | | | Lokale naam 2 | |

### Dit document: bevestigd
### (verkleinde afdruk en gegevens hieronder)
### Documentformaat: A4

| Totaal gescande pagina's: 3 | | | Totaal bevestigde pagina's: 3 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Nr. | Opdr. | Extern station | Starttijd | Duur | Pagina's | Lijn | Mode | Opdrachttyp | Resultaat |
| 001 | 806 | +31 517 419863 | 09:35:11 17-05-2006 | 00:00:26 | 3/3 | 1 | FC | HV | VT26400 |

Afkortingen:

| | | | |
|---|---|---|---|
| HV: Host verzonden | LP: Lokaal gepolld | AM: Afgedrukt vanuit mailbox | AG: Afgebroken dr gebruiker |
| HO: Host ontvangen | EP: Extern gepolld | VT: Voltooid | AS: Afgebroken dr systeem   G3: Groep 3 |
| WV: Wachtend op verzendin | OM: Opgeslagen in mailbox | ML: Mislukt | OP: Overzicht gemaakt     FC: Fout gecorrigeerd |