**EXHIBIT 8**

Caballo

## Jan F. van der Stelt

**Van:** Pieter van der Wal [p.vanderwal@groningen-seaports.com]
**Verzonden:** vrijdag 27 april 2007 13:45
**Aan:** Jan F. van der Stelt
**CC:** Wessel van der Kooij; Andre Bruijn
**Onderwerp:** Caballo



27-04-2007

Caballo

Geachte heer,

Naar aanleiding van uw vraag aangaande de juiste vertrek datum van de Caballo uit Delfzijl hierbij een uitdraai van ons haveninformatie systeem.

De datum is 27-07-2006 om 13:44.

Vriendelijke groet
Groningen Seaports
Pieter van der Wal
Chief Port Operations / PFSO
Tel 0596-640400

WWW.GRONINGEN-SEAPORTS.COM



GRONINGEN SEAPORTS

Ipsa scientia potestas est

27-04-2007

pagina 2 van 2