# VAN TRAA
### A D V O C A T E N

HARRIS & RUFTY
1450 POYDRAS STREET
70112 NEW ORLEANS
Attn. mr A.J. Rufty esq.
United States

| Your reference: | Our reference | E-mail: | Direct line: |
|---|---|---|---|
| 'Caballo Azteca' | J6770/mha | hajdasinski@vantraa.nl | +31 10 2245 517 |

7 May 2007

Dear Colleage
Dear Alfred

## Re: 'Caballo Azteca'

I, MICHAEL HAJDASINSKI, testify as follows:

1. I am a licensed lawyer in the Netherlands. I was engaged as counsel for
   Transportes Navieros y Terrestres, S.A. de C.V. ("TNT"), a Mexican company,
   in connection with the arrest of the vessel "CABALLO AZTECA" in The
   Netherlands.

2. In my opinion, the arrest of the vessel was wrongful under Dutch law. This is
   because we received official notarized documents from which it appeared that at
   the time the arrest proceeding was effected on November 10, 2005, the vessel
   was owned by TNT, a company with which Fairmount had no dispute.

3. From the same documents followed that the official vessel registry of the
   Mexican government accurately reflected on November 10, 2005 that TNT was
   the owner of the "CABALLO AZTECA". At the time of the arrest, the vessel
   was undergoing repairs in a shipyard. This means that we believe Fairmount had
   ample time to consult the official vessel registry of Mexico to confirm who
   owned the vessel at the time of the arrest.

4. Under Dutch law, in general, a party that wrongfully arrests a vessel is liable for
   the damages incurred by the vessel's owner as a consequence of the wrongful

PO Box 21390
3001 AJ Rotterdam
The Netherlands

Minervahuis II
Meent 94
3011 JP Rotterdam
The Netherlands

Tel.  +31 10 413 7000
Fax  +31 10 414 5719

J.H.J. Teunissen
M.H. Claringbould
W.G.B. Neervoort
R. de Haan
B.S. Janssen
M.A.W. van Maanen
P.A. den Haan
R.L. S.M. Pessers
F.G.M. Smeele
O. Böhmer
V.R. Pool
J.D. van de Meent
M.J. Hajdasinski
S.M. Oude Alink
A.D.C.P. Dam
C.E. Vollebregt
K.A. van Veen
O.B. Zwijnenberg
G.W. Oreel
S.T. Dreesmann
J.A. Kruit
K. Kamminga
S.M.M. Hulsen

Van Traa Advocaten is a partnership consisting of professional corporations and natural persons. Van Traa Advocaten's general conditions apply to all legal relationships to which it is a party. The general conditions contain a limitation of liability clause and a jurisdiction clause electing the District Court of Rotterdam as the competent forum. The general conditions are at all time available for inspection, can be consulted at www.vantraa.nl and will be sent upon request free of charge.

www.vantraa.nl
Briefnr.: 07-124922

- 2 -

VAN TRAA

arrest. These damages may include a loss of charter hire that the owner would have been able to earn with the vessel but for the wrongful arrest.

5. If necessary, this statement can be submitted to a Court.

Kind regards,

Michael Hajdasinski