

**AKD Prinsen Van Wijmen**

HARRIS & RUFTY, L.L.C.
Attn. Mr Alfred J. Rufty III
650 Poydras Street,
Suite 2710
New Orleans, LA 70130

AKD Prinsen Van Wijmen N.V.
Admiraliteitskade 50
P.O. Box 4302
3006 AH ROTTERDAM
The Netherlands
Tel.  : +31 (0)10 2725413
Fax  : +31 (0)10 2725430
E-mail : smoolenaar@akd.nl
Internet: www.akd.nl

Third parties account:
ING Bank 67.80.01.677

Rotterdam, 7 May 2007

Re       :   m.v. CABALLO AZTECA
Your ref.: –
Our ref. :   191109 smo

Dear Mr Rufty,
Dear Colleague,

I, SEBASTIAAN MOOLENAAR, declare as follows:

1. I am a licensed lawyer in the Netherlands. I was hired by Oceanografia, SA de CV, in approximately November 2005 soon after the vessel CABALLO AZTECA was arrested in a shipyard in Delfzijl, the Netherlands.

2. Oceanografia's Mr. Amado Yanez sought my advice about what to do, if anything, concerning the vessel arrest. He told me that Oceanografia did not own the vessel, having previously sold the vessel to another company informally referred to as TNT. He also told me that the vessel was still undergoing modifications and/or repairs in the shipyard.

3. I asked Oceanografia to provide me with records concerning the sale and present ownership of the vessel, together with translations. Over a period of months I communicated with Oceanografia occasionally and received various documents and translations.

4. I ultimately concluded that TNT apparently was the owner of the vessel at the time of the arrest and that the arrest therefore appeared to have been wrongful. I expressed this opinion to Oceanografia but advised that any challenge to the arrest must be made by the current owner, TNT. I recommended the name of another Dutch lawyer, Mr. Michael Hajdasinski, who may be able to assist TNT, with the expectation that Oceanografia would pass this information along to TNT.

In the Netherlands, the practice is conducted by AKD Prinsen Van Wijmen N.V. (registered in the Trade Register of the Chamber of Commerce, number 24366820). The general conditions of AKD Prinsen Van Wijmen N.V. are applicable and contain a limitation of liability clause. The applicability of any other general terms and conditions is hereby expressly excluded. The general conditions have been deposited at the Rotterdam District Court. Every liability is restricted to the sum paid in the case concerned under the (professional) liability insurance including the amount of the policy excess. On request the general conditions will be sent without charges. They are also available on www.akd.nl



Page : 2 of 2
Date : 7 May 2007
Our ref :

5.  I subsequently spoke with Mr. Hajdasinski and understand that he was engaged by TNT to challenge the arrest. I provided Mr. Hajdasinski with the documents and translations that I had gathered.

I herewith allow you to submit this declaration to a US Court if you so wish.

Yours sincerely,

AKD Prinsen Van Wijmen N.V.
Sebastiaan H.L. Moolenaar