CASEY & BARNETT, LLC
ATTORNEYS AT LAW
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHEIRLOH

* Admitted in NY and NJ
** Admitted in NY, NJ, La and OH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/07

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

Tel  (973) 993 5161
Fax (973) 539-6409

May 7, 2007

<u>Via Facsimile: (212) 805-7941</u>
The Honorable Loretta A. Preska
United States District Judge
500 Pearl Street, Courtroom 12A
New York, New York 10007

Re:   **Transportes v. Fairmount Heavy Transport N.V., et al.**
      **07 CV 3076**

Dear Honorable Judge Preska:

Pursuant to your Order dated May 4, 2007, plaintiff's response to defendant's Order to Show Cause is due today at 5pm.

Due to the many factual allegations in the defendant's papers, we require additional time to respond, especially since we need to provide affidavits from Holland which has a 7 hour time difference. Accordingly we respectfully ask the court to allow us to file our papers by 5pm on May 8th.

We have discussed this with the defendant who has objected to our request for additional time.

We appreciate the Court's assistance in this matter.

Respectfully submitted,
CASEY & BARNETT, LLC

Gregory G. Barnett

So ordered
Loretta A. Preska
USDJ
May 7, 2007