TISDALE & LENNON    Fax:203-254-1641    May 7 2007 06:51pm    P001/001



11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
...
F: (212) 869-0067

TL@Tisdale-Lennon.com

## TISDALE & LENNON, LLC
### ATTORNEYS AT LAW

10 SPRUCE STREET
SOUTHPORT, CT 06890
...
F: ...

www.Tisdale-Lennon.com

May 7, 2007

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 5/8/07

<u>Via Facsimile (212) 805-7941</u>
Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007-1312

    Re:    **Transportes Navieros Y Terrestres v. Fairmount Heavy Transport**
           07 CV 3076

Honorable Judge Preska:

    We represent the Defendant in the above captioned action. We write in relation to Your Honor's Order of earlier today extending Plaintiff's time until tomorrow at 5 p.m. in which to file opposition papers to the Order to Show Cause Why the Attachment Should Not Be Vacated. Plaintiff requested the extension on the basis that it needed extra time to obtain affidavits from Holland. Currently, other than Plaintiff's own deadline, no subsequent dates in that Order have been extended.

    In light of the foregoing extension in Plaintiff's favor, which, unfortunately, does not allow sufficient time for Defendant, a Norwegian company, to coordinate with the undersigned or with its London and Rotterdam attorneys before filing a reply brief, Defendant respectfully requests that the hearing now scheduled for May 9, 2007 at 8:30 a.m. be adjourned until May 11, 2007 and that reply papers be due the day prior to the hearing.

    We thank the Court for its indulgence.

                                      Respectfully submitted,

                                      Charles E. Murphy

CEM/bhs

    cc:   <u>Via Facsimile: (212) 286-0261</u>
          Martin F. Casey, Esq.
          Chris M. Scheirloh, Esq
          Casey & Barnett, LLC
          317 Madison Ave., 21st Floor
          New York, NY 10017

*[Handwritten note:]* The return date is adjourned from May 9 to May 15 at 9:30 am with reply papers due no later than May 11 at 4:00pm. So ordered. Loretta A. Preska

THOMAS L. TISDALE    PATRICK F. LENNON    CHARLES E. MURPHY    KEVIN J. LENNON    LAUREN C. DAVIES    ...