**EXHIBIT 1**

Dossiernummer: 02322625        Blad 00001

Uittreksel uit het handelsregister van de Kamers van Koophandel
Deze inschrijving valt onder het beheer van de Kamer van Koophandel voor Groningen

| | |
|---|---|
| Rechtspersoon: | |
| Rechtsvorm | : Besloten vennootschap |
| Naam | : Niestern-Sander Reparatie B.V. |
| Statutaire zetel | : Delfzijl |
| Akte van oprichting | : 21-12-1979 |
| Akte laatste statuten-wijziging | : 28-03-2006 |
| Maatschappelijk kapitaal | : EUR 450.000,00 |
| Geplaatst kapitaal | : EUR 90.000,00 |
| Gestort kapitaal | : EUR 90.000,00 |

| | |
|---|---|
| Onderneming: | |
| Handelsna(a)m(en) | : Niestern-Sander Reparatie B.V. |
| Adres | : Venjelaan 6, 9936BR Farmsum |
| Correspondentieadres | : Postbus 108, 9930AC Delfzijl |
| Telefoonnummer | : 0596-617979 |
| Datum vestiging | : 21-12-1979 |
| Bedrijfsomschrijving | : Het repareren en verbouwen van schepen; het verrichten van reparatiewerkzaamheden en grootonderhoud ten behoeve van locale industrie alsmede het fabriceren van staalconstructies |
| Werkzame personen | : 83 |

| | |
|---|---|
| Enig aandeelhouder: | |
| Naam | : Koninklijke Niestern-Sander B.V. |
| Adres | : Venjelaan 6, 9936BR Farmsum |
| Inschrijving handelsregister onder dossiernummer | : 02313168 |
| Enig aandeelhouder sedert | : 00-00-1980 |

| | |
|---|---|
| Bestuurder(s): | |
| Inhoud bevoegdheid | : Het bestuur vertegenwoordigt de vennootschap De bevoegdheid tot vertegenwoordiging komt ook toe aan iedere bestuurder met de titel algemeen directeur |
| Naam | : Koninklijke Niestern-Sander B.V. |

09-05-2007                     Blad 00002 volgt.
Dossiernummer: 02322625        Blad 00002

| | |
|---|---|
| Adres | : Venjelaan 6, 9936BR Farmsum |
| Inschrijving handelsregister onder dossiernummer | : 02313168 |
| Infunctietreding | : 15-09-1981 |
| Titel | : Directrice |
| Bevoegdheid | : Alleen/zelfstandig bevoegd |

| | |
|---|---|
| Gevolmachtigde(n): | |
| Naam | : Eggens, Adriaan |
| Geboortedatum en -plaats | : 01-10-1951, Groningen |
| Adres | : de Eemshorn 14, 9931BV Delfzijl |
| Infunctietreding | : 01-10-2006 |
| Titel | : Directeur |
| Bevoegdheid | : Procuratie tot EUR 1.000.000,00 |

Uittreksel                                                                                                  pagina 2 van 2

---

Alleen geldig indien door de kamer voorzien van een ondertekening.

                                 Woerden, 09-05-2007
                                 Uittreksel is vervaardigd om 16.15 uur

                                 Voor uittreksel

**Bron: Uittreksel-informatie Internet. Geldt niet als uittreksel in de zin van artikel 15 lid 1 van de Handelsregisterwet 1996.**