UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRANSPORTES NAVIEROS Y
TERRESTRES, S.A. DE C.V.,

                Plaintiff,          07 CV 3076 (LAP)

   -against-

FAIRMOUNT HEAVY TRANSPORT N.V.,

                Defendant.
-----------------------------------------------------------X

## DECLARATION OF WILLIAM LUKE MARSH

**EXHIBIT 7**



## List of Vessels P&I



10 May 2007                                              P&I List of Vessels 2007

| Vessel | Type | Flag | Owner/Manager/Agent | GT | Cover |
|---|---|---|---|---|---|
| BW ARCTIC | BLK | Panama | BW Shipping Managers Pte.Ltd. | 91,563 | C |
| BW BAUHINIA | TNK | Hong Kong | BW Shipping Managers Pte.Ltd. | 158,557 | C |
| BW CARMEN | TNK | Bermuda | BW Offshore AS | 6,764 | |
| BW ENDEAVOUR | TNK | Bermuda | BW Offshore AS | 72,247 | |
| BW FJORD | OBO | Panama | BW Shipping Managers Pte.Ltd. | 159,534 | C |
| BW HAVFROST | GAS | Norwegian Internatio | Bergesen d.y. ASA | 34,946 | |
| BW HAVLYS | GAS | Liberia | Bergesen Worldwide Gas ASA | 14,377 | |
| BW HELEN | GAS | Norwegian Internatio | Bergesen Worldwide Gas ASA | 5,831 | |
| BW HEMINA | GAS | Norwegian Internatio | Bergesen d.y. ASA | 34,577 | |
| BW HERDIS | GAS | Germany | Bergesen Worldwide Gas ASA | 35,853 | |
| BW HERMES | GAS | Norwegian Internatio | Bergesen Worldwide Gas ASA | 18,152 | |
| BW HESIOD | GAS | Germany | Bergesen Worldwide Gas ASA | 35,853 | |
| BW NANTES | GAS | Registre Internation | Bergesen d.y. ASA | 35,190 | |
| BW NICE | GAS | Registre Internation | Bergesen d.y. ASA | 35,346 | |
| BW NILE | TNK | Hong Kong | Bayview Company S.A., Panama | 153,407 | C |
| BW NISA | TNK | Bermuda | BW Offshore AS | 153,517 | |
| BW PHOENIX | OBO | Panama | BW Shipping Managers Pte.Ltd. | 154,098 | C |
| BW PIONEER | TNK | Bermuda | BW Offshore AS | 74,939 | |
| BW SOMBEKE | GAS | Bahamas | Bergesen Worldwide Gas ASA | 25,994 | |
| BW UTIK | TNK | Hong Kong | Kolex Limited | 157,814 | C |
| BYFORD DOLPHIN | MOU | Republic of Singapor | Fred. Olsen Energy | 11,387 | |
| BYTOM | GCA | Panama | Polish Steamship Company | 3,127 | AB |
| BØRRE | TUG | Norway | Stadt Sjøtransport AS | 108 | |
| BØRØYSUND | LFE | Norway | Norsk Veteranskibsklub | 180 | |
| BÅTSFJORD | FIS | Norway | Aker Seafood | 1,198 | |
| CABALLO AZTECA | SPE | Mexico | Oceanografia SA de CV | 13,514 | AB |
| CAECILIA SCHULTE | CON | Liberia | Vorsetzen Bereederungs- und Schiffahrtsk | 10,742 | |
| CAITLIN | TUG | Guyana | Oldendorff Carriers GmbH & Co.KG | 3,142 | AB |
| CAJA COUNTESS | GCA | Marshall Islands | Caja Logistic Group Corp. | 4,150 | ABC |
| CAJA DUCHESS | GCA | Marshall Islands | Caja Logistic Group Corp. | 4,150 | ABC |
| CAJA EMPRESS | GCA | Marshall Islands | Caja Logistic Group Corp. | 4,150 | ABC |
| CAJA PRINCESS | GCA | Marshall Islands | Caja Logistic Group Corp. | 4,766 | ABC |
| CALA AZZURRA | SAL | Italy | Rimorchiatori Laziali S.P.A. | 353 | ABC |
| CALA PAESTUM | CON | Liberia | Reederei Horst Zeppenfeld | 17,167 | ABC |
| CALA PALMA | REF | Italy | Cosiarma S.p.A. | 14,868 | ABC |
| CALA PANAMA | CON | Antigua & Barbuda | K.T. Worden Schiffahrtsk. GmbH | 12,827 | |
| CALA PEDRA | REF | Italy | Cosiarma S.p.A. | 14,868 | ABC |
| CALA PINO | REF | Italy | Cosiarma S.p.A. | 14,868 | ABC |
| CALA PROGRESO | CON | Antigua & Barbuda | K.T. Worden Schiffahrtsk. GmbH | 12,827 | |
| CALA PULA | REF | Italy | Cosiarma S.p.A. | 14,868 | ABC |
| CALABRIA | GCA | Malta | FH Bertling Reederei GmbH | 23,681 | |
| CALEDONIA | BLK | Malta | FH Bertling Reederei GmbH | 23,681 | |
| CALIBUR | URR | Malta | V.Ships Norway AS | 9,737 | |
| CALIFORNIA STAR | URR | Mexico | Baja Ferries S.A. | 24,418 | AB |
| CALITEA | TNK | Italy | Ottavio Novella SpA/CA.LI.SA | 13,094 | AB |
| CALM SEAS | BLK | Marshall Islands | Atlseas Marine SA | 38,468 | ABC |
| CAMDEN | TNK | Marshall Islands | Frontline Management AS | 156,802 | ABC |
| CAMPEADOR | TUG | Argentina | Maruba S.C.A. | 231 | AB |
| CANARIA | CON | Spain | K.T. Worden Schiffahrtsk. GmbH | 14,457 | |
| CANEGARDEN BAY | TUG | Panama | Amerada Hess Shipping Corporation | 265 | AB |
| CANTERBURY STAR | REF | Liberia | Star Reefers Inc. | 10,291 | AB |
| CAP AGULHAS | CON | Cyprus | Schulte Group | 18,334 | |
| CAP BISTI | CON | Liberia | Vorsetzen Bereederungs- und Schiffahrtsk | 26,582 | |
| CAP BIZERTA | CON | Cyprus | Schulte Group | 27,000 | |
| CAP BLANCHE | CON | Cyprus | Reederei Alnwick Harmstorf & Co GmbH & C | 27,786 | |
| CAP BON | CON | Cyprus | Schulte Group | 27,000 | B |
| CAP BONAVISTA | CON | Liberia | Martime - Gesellschaft für Maritime Dien | 25,535 | C |
| CAP BRETON | CON | Liberia | Vorsetzen Bereederungs- und Schiffahrtsk | 26,582 | |
| CAP LARA | TNK | Greece | Euronav (UK) Agencies Limited | 81,324 | ABC |
| CAP PASADO | CON | Cyprus | Reederei Alnwick Harmstorf & Co GmbH & C | 27,786 | |
| CAP PHILIPPE | TNK | Greece | Euronav (UK) Agencies Limited | 81,324 | ABC |
| CAP VILANO | CON | Cyprus | Reederei Alnwick Harmstorf & Co GmbH & C | 27,786 | |
| CAPE AKROTIRI | TNK | Cyprus | Columbia Shipmanagement Ltd. | 57,148 | ABC |
| CAPE ANCONA | TNK | Cyprus | Columbia Shipmanagement Ltd. | 57,148 | ABC |
| CAPE ASPRO | TNK | Cyprus | Columbia Shipmanagement Ltd. | 57,148 | ABC |
| CAPE AVILA | TNK | Cyprus | Columbia Shipmanagement Ltd. | 57,148 | ABC |
| CAPE BARI | TNK | Marshall Islands | Columbia Shipmanagement Ltd. | 81,076 | ABC |