# EXHIBIT 1

FORMA D.M.6.

# SECRETARÍA DE COMUNICACIONES Y TRANSPORTES



ESTADOS UNIDOS MEXICANOS

SECRETARÍA DE COMUNICACIONES Y TRANSPORTES



DEPENDENCIA ___ DIRECCIÓN GRAL. DE MARINA MERCANTE ___

## CAPITANIA DE PUERTO

PERMISO DE SALIDA NUM. ___ 065/2007 ___

B/T "FAIRMOUNT GLACIER"

En atención a que ___ del porte de ___ 3,239.00 ___ toneladas brutas y de ___ 971.00 ___ toneladas netas, de la matrícula de ___ REPÚBLICA DE PANAMÁ ___ reúne los requisitos que exigen las leyes y reglamentos vigentes para la seguridad de la nave, tripulación y pasajeros, esta Capitanía de Puerto concede permiso al ___ CAP. JAN WEERMAN ___ Capitán de dicho buque para que zarpe con destino al Puerto de ___ KINGSTONE, JAMAICA ___ Conduce ___ 12 ___ tripulantes inclusive su Capitán habiendo firmado en este puerto ___ CERO ___ pasajeros y ___ LASTRE ___ toneladas de carga y en tránsito lleva ___ CERO ___ pasajeros y ___ 0 ___ toneladas de carga.

DOS BOCAS, TABASCO, MÉXICO, ABRIL 13 ___ de ___ 2007 ___

El Capitán de Puerto

CAP. ALT. JORGE ROJANO RODRÍGUEZ

Es válido para que el buque zarpe hasta las ___ 14:00 ___ horas (tiempo standard) del día ___ 15-ABRIL-2007 ___

SECRETARÍA DE COMUNICACIONES Y TRANSPORTES
DIRECCIÓN GRAL. DE MARINA MERCANTE
CAPITANÍA DE PUERTO
DOS BOCAS, TAB.