# EXHIBIT 2

*Exhibit 3*
Office: Preliminary Forensic Enquiries Office
Official Communication No.: 1294
Proceedings: DAPF-054/2007

MATTER: REQUEST FOR ASSISTANCE

Villahermosa, Tab., on 2nd May 2007.

ALEX ALVAREZ GUTIERREZ
Deputy Court Representative for Investigations
of the Attorney General's Office for Justice

In accordance with Articles 21 and 119 of the Political Constitution of the United States of Mexico, and the Convention for legal Collaboration entered into by the Attorney General's Office of the Republic, the General Office for Military Justice, the General Office for Justice of the Federal District and the Attorney General's Offices of the Federal Entities of the country, on 27 April 2001, in the City of Cancún, Quintana Roo, Article 46 of the current Code of Criminal Procedure of this City of Villahermosa, Tabasco, Mexico, ask you to request the assistance of the Director General for Public Policies and International Coordination of the Attorney General's Office of the Republic, requiring him to give his instructions to whom it may concern to carry out the relevant procedures for the purposes of notifying Masters JAM WEERNAN, PHILIP ADKINS, CFO; CRISTIAN SARVAAS, CFO, who may be served at the following address VISIT/COURIER ADDRESS: FAIRMOUNT MARINE B.V. *(illegible word)*, 37, WORLD TRADE CENTRE, 14TH FLOOR, SUITE 1459 3031 ROTTERDAM, THE NETHERLANDS, TELEPHONE: + 53 10 405 1290. FAX: +31 10 405 5029, ELECTRONIC MAIL: FAIRMOUNT@FAIRMOUNT.NL.

The above is so that the aforesaid persons MASTERS JAM WEERNAN, PHILIP ADKINS, CFO; CRISTIAN SARVAAS, CFO, should appear before this Preliminary Forensic Enquiries Office of the Attorney General's Office of Justice of Tabasco State, with address at Paseo Usuzacinta, No. 802, Second Floor, Postal Code 85070, in the Aquila District of this city of Villahermosa, Tabasco, as soon as possible after receipt of the notice, so that conciliation proceedings may be carried out in the terms of Article 121 of the Code of Criminal Proceedings in force in the State of Tabasco, Mexico and, if no agreement is reached, to give their statement to the Ministry in relation to the facts under investigation.

We attach a certified copy of the agreement made in the aforesaid investigation proceedings.

Yours faithfully,

Investigating Representative of the Attorney General's Office attached to the Preliminary Forensic Enquiries Office

*[Illegible signature and stamp]*
LUIS ALFONSO GARCIA *(obliterated surname]*

c.c.p. Preliminary Investigation