C. PROCURADOR GENERAL DE
JUSTICIA EN EL ESTADO DE TABASCO

C. AGENTE DEL MINISTERIO PUBLICO
DEL FUERO COMUN EN TURNO.

HERMILO ESCOBEDO OBRADOR, APODERADO DE LA SOCIEDAD MERCANTIL DENOMINADA "TRANSPORTES NAVIEROS Y TERRESTRES, S.A. DE C.V." ANTE USTEDES CON EL DEBIDO RESPETO COMPAREZCO Y EXPONGO:

### DENUNCIA Y QUERELLA

SE PRESENTA DENUNCIA Y QUERELLA, EN EJERCICIO DEL DERECHO DE PETICIÓN EN CONTRA DE:

- FAIRMOUNT BEHEER C.V.
- FAIRMOUNT MARINE B.V.
- FAIRMOUNT BEHEER B.V.
- FAIRMOUNT HEAVY TRANSPORT N.V.
- FAIRMOUNT MARINE SERVICES B.V.

CON DOMICILIO EN DONDE SE ENCUENTRE SU AGENTE GENERAL, AGENTE NAVIERO CONSIGNATARIO DE BUQUES, O SU AGENTE NAVIERO PROTECTOR O **CAPITAN DE BARCO**, DATOS QUE DEBERÁN DE PROPORCIONAR LAS CAPITANÍAS DE PUERTO DE DOS BOCAS O DE CIUDAD DEL CARMEN PARA EFECTOS DE QUE SEAN CITADOS PARA LA INTEGRACIÓN DE LA AVERIGUACIÓN PREVIA, ESTO CON FUNDAMENTO EN EL ARTÍCULO 265 DE LA LEY DE NAVEGACIÓN Y COMERCIO MARÍTIMOS QUE INDICA:

ARTÍCULO 265.-...

SI EL DEMANDADO TIENE SU DOMICILIO DENTRO DE LA JURISDICCIÓN DEL JUEZ DE DISTRITO QUE CONOZCA DEL JUICIO DEBERÁ CONTESTAR LA DEMANDA DENTRO DE LOS NUEVE DÍAS HÁBILES SIGUIENTES A LA FECHA EN QUE HAYA SURTIDO EFECTOS EL EMPLAZAMIENTO. SI RESIDE FUERA DE LA JURISDICCIÓN ALUDIDA Y HUBIERA SIDO EMPLAZADO A TRAVÉS DE SU AGENTE NAVIERO, DEBERÁ PRODUCIR SU CONTESTACIÓN DENTRO DEL TÉRMINO DE NOVENTA DÍAS HÁBILES SIGUIENTES AL EN

OCEANOGRAFIA                FAX NO. :9383826186           Apr. 10 2007 05:58PM P 2

> QUE EL EMPLAZAMIENTO SE HAYA PRACTICADO EN EL DOMICILIO REGISTRADO ANTE LA AUTORIDAD MARÍTIMA POR EL AGENTE.

POR CONDUCTAS ILÍCITAS CONSISTENTES EN LOS SIGUIENTES:

### HECHOS HISTÓRICOS

1.- LA SOCIEDAD MERCANTIL "TRANSPORTES NAVIEROS Y TERRESTRES SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, ES UNA SOCIEDAD MEXICANA, CUYO OBJETO PRINCIPAL ES LA PRESTACIÓN DE TODA CLASE DE SERVICIOS DE TRANSPORTE MARÍTIMO EN AGUAS NACIONALES O INTERNACIONALES, CON TRIPULACIÓN MEXICANA POR NACIMIENTO.

2.- LA SOCIEDAD MERCANTIL "TRANSPORTES NAVIEROS Y TERRESTRES SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, CELEBRÓ CONTRATO DE COMPRAVENTA EL PRIMERO DE JULIO DE 2002, EN LOS TÉRMINOS JURÍDICOS SIGUIENTES:

> "CONTRATO DE COMPRAVENTA, QUE CELEBRA POR UNA PARTE LA EMPRESA DENOMINADA "OCEANOGRAFÍA, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, REPRESENTADA EN ESTE ACTO POR SUS APODERADOS LOS SEÑORES VIRGINIO VALENTÍN ANGELES DINO Y AMADO OMAR YAÑEZ OSUNA, COMO "VENDEDORES" Y LA EMPRESA TRANSPORTES NAVIEROS Y TERRESTRES SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE COMO "COMPRADORA" REPRESENTADA EN ESTE ACTO POR SU APODERADO GENERAL EL SEÑOR HERMILO ESCOBEDO OBRADOR."
>
> **OBJETO**
> **DE LA**
> **COMPRAVENTA**
>
> EL BARCO DENOMINADO "CABALLO AZTECA" ANTES M:V DEEPWATER SUPLI I; SOCIEDAD DE CLASIFICACIÓN CLASE: RINA ANOTACIÓN 100-A-1.1-NAAV IL; AP; DYNAPOS AM/ATR (CLASE 2).- CONSTRUIDO 1987 POR: KHERSON SHIPYARD, UKRANIA, CON BANDERA MEXICANA LUGAR DE REGISTRO: CIUDAD DEL CARMEN, CAMPECHE, MÉXICO, SEÑAL DISTINTIVA XCUB.- CON NÚMERO DE REGISTRO: 0401128735-3.

EL CONTRATO DE COMPRAVENTA, SE INSCRIBIÓ EN EL REGISTRO PÚBLICO MARÍTIMO NACIONAL, EL 27 DE OCTUBRE DE 2005, QUEDANDO

REGISTRADO EN EL FOLIO MARÍTIMO NÚMERO 1721 DEL RAMO DEL BUQUE PARTIDA NÚMERO 8211.

LA INSCRIPCIÓN EN EL REGISTRO PÚBLICO MARÍTIMO NACIONAL, SURTE EFECTOS FRENTE A TODO EL MUNDO, EN TÉRMINOS DE LO PREVISTO EN EL ARTÍCULO 14 DE LA LEY DE NAVEGACIÓN, VIGENTE EN LA ÉPOCA DEL REGISTRO, ACTUALMENTE CORRESPONDE AL ARTÍCULO 18 DE LA LEY DE NAVEGACIÓN Y COMERCIO MARÍTIMOS.

3.- LA EMPRESA FAIRMOUNT HEAVY TRANSPORT N.V., EN FORMA ILÍCITA EL DÍA 10 DE NOVIEMBRE DE 2005, ARRESTÓ EL BARCO "CABALLO AZTECA", HASTA EL 17 DE MAYO DE 2006, PERJUDICANDO LAS OPERACIONES DE LA SOCIEDAD MERCANTIL "TRANSPORTES NAVIEROS Y TERRESTRES SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE", A LA TRIPULACIÓN MEXICANA, DURANTE SEIS MESES SIETE DÍAS, CAUSANDO GASTOS SUPERIORES A CINCO MILLONES DE DÓLARES AMERICANOS, POR LA ESTANCIA DEL BARCO "CABALLO AZTECA, " INDEPENDIENTE MENTE DE LOS DAÑOS Y PERJUICIOS OCASIONADOS.

LA SOCIEDAD MERCANTIL "TRANSPORTES NAVIEROS Y TERRESTRES SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE", SIN TENER NINGÚN VINCULO JURÍDICO NI OBLIGACIÓN ALGUNA CON LA EMPRESA FAIRMOUNT HEAVY TRANSPORT N.V., Y CON NINGUNA DE LAS QUE FORMAN EL GRUPO DE LAS EMPRESAS FAIRMOUNT, CAUSARON DAÑOS Y PERJUICIOS, QUE ESTÁN OBLIGADOS A PAGAR A MI REPRESENTADA.

4.- LA SOCIEDAD MERCANTIL "TRANSPORTES NAVIEROS Y TERRESTRES, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE", CELEBRÓ CONTRATO CON LA EMPRESA CON-DIVE, LLC, RESPECTO DEL BARCO "CABALLO AZTECA" CON UNA DURACIÓN DE 365 DÍAS, PACTANDO POR DÍA LA SUMA DE: $ 100, 000.00 DÓLARES AMERICANOS USD.

DEBIDO AL ARRESTO DEL BARCO "CABALLO AZTECA" SE DEJÓ DE PERCIBIR: $ 365, 000, 000.00 DÓLARES AMERICANOS USD, POR PARTE DE LA SOCIEDAD MERCANTIL "TRANSPORTES NAVIEROS Y TERRESTRES SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE", MÁS LOS PERJUICIOS, QUE DEBEN SER MOTIVO DE LA REPARACIÓN DEL DAÑO POR PARTE DEL GRUPO DE LAS EMPRESAS FAIRMOUNT, EN TÉRMINOS DE LO PREVISTO EN EL ARTÍCULO 20 APARTADO B FRACCIÓN IV DE LA CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS, QUE A LA LETRA ORDENA:

ARTÍCULO 20.- EN TODO PROCESO DE ORDEN PENAL, EL INCULPADO, LA VÍCTIMA O EL OFENDIDO, TENDRÁN LAS SIGUIENTES GARANTÍAS:

> ...
>
> B.- DE LA VICTIMA O DEL OFENDIDO
>
> ...
>
> IV.- QUE SE LE REPARE EL DAÑO. EN LOS CASOS EN QUE SEA PROCEDENTE, EL MINISTERIO PÚBLICO ESTARÁ OBLIGADO A SOLICITAR LA REPARACIÓN DEL DAÑO Y EL JUZGADOR NO PODRÁ ABSOLVER AL SENTENCIADO DE DICHA REPARACIÓN SI HA EMITIDO UNA SENTENCIA CONDENATORIA.

LA LEY DE NAVEGACIÓN Y COMERCIO MARÍTIMOS EN SU ARTÍCULO 6 FRACCIÓN VII, DISPONE LA APLICACIÓN SUPLETORIA DEL CÓDIGO CIVIL FEDERAL, AL SEÑALAR:

> ARTÍCULO 6.- A FALTA DE DISPOSICIÓN EXPRESA DE ESTA LEY, SUS REGLAMENTOS, DE LOS TRATADOS INTERNACIONALES, SE APLICARAN DE ACUERDO A LA MATERIA SUPLETORIAMENTE:
>
> ...
>
> VII.- LOS CÓDIGOS CIVIL FEDERAL...

EL CÓDIGO CIVIL FEDERAL, ENTIENDE POR DAÑO Y PERJUICIO EN SUS ARTÍCULOS 2108 Y 2109 LO SIGUIENTE:

> ARTÍCULO 2108.- SE ENTIENDE POR DAÑO LA PERDIDA O MENOSCABO SUFRIDO EN EL PATRIMONIO POR LA FALTA DE CUMPLIMIENTO DE UNA OBLIGACIÓN.
>
> ARTÍCULO 2109.- SE REPUTA PERJUICIO LA PRIVACIÓN DE CUALQUIER GANANCIA LÍCITA QUE DEBIERA HABERSE OBTENIDO CON EL CUMPLIMIENTO DE LA OBLIGACIÓN.

5.- LA SOCIEDAD MERCANTIL "TRANSPORTES NAVIEROS Y TERRESTRES, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE", TIENE CONOCIMIENTO DEL ARRIBO, A AGUAS NACIONALES Y *PRECISAMENTE EN ESTE MOMENTO SE ENCUENTRA EN EL PUERTO DE DOS BOCAS, MUNICIPIO DE PARAISO, ESTADO DE TABASCO, DEL BARCO FAIRMOUNT GLACIER, QUE CORRESPONDE AL GRUPO DE EMPRESAS FAIRMOUNT,* PARA QUE SE PROCEDA A LA RETENCIÓN O NO DESPACHO DE LA EMBARCACIÓN PARA QUE COMPAREZCA ANTE ESTA REPRESENTACION SOCIAL EL CAPITAN DEL BARCO A RENDIR TESTIMONIO DE LOS PRESENTES HECHOS, NO PERMITIENDOLE REALIZAR NINGUNA ACTIVIDAD, EN TÉRMINOS DE LO PREVISTO EN LOS ARTICULOS 9°, 91, Y 269 FRACCIÓN XV DE LA LEY DE NAVEGACIÓN Y COMERCIO MARÍTIMOS, POR HABER PERJUDICADO ENTRE OTROS GASTOS, LOS SUELDOS Y CONTRA PRESTACIONES DE LA TRIPULACIÓN DEL BARCO "CABALLO AZTECA," POR EL ARRESTO

DE 10 DE NOVIEMBRE DE 2005 A 17 DE MAYO DE 2006 Y RESPONDA DEL ILÍCITO Y DE LA REPARACIÓN DEL DAÑO EN TÉRMINOS DEL DERECHO PENAL.

LA AFECTACIÓN DE LOS SUELDOS Y OTRAS CANTIDADES DE LA TRIPULACIÓN QUE SE PERDIERON DURANTE UN AÑO, DAN DERECHO A LOS PRIVILEGIOS MARÍTIMOS PREVISTOS EN EL ARTÍCULO 91 FRACCIÓN I DE LA LEY DE NAVEGACIÓN Y COMERCIO MARÍTIMOS, QUE DISPONE:

> ARTÍCULO 91.- LOS PRIVILEGIOS MARÍTIMOS OTORGAN AL ACREEDOR PRIVILEGIADO, EL DERECHO DE SER PREFERIDO EN EL PAGO FRENTE A OTROS ACREEDORES, DE CONFORMIDAD CON LO DISPUESTO POR LA PRESENTE LEY, SEGÚN EL ORDEN SIGUIENTE:
>
> I.- LOS SUELDOS Y OTRAS CANTIDADES DEBIDAS A LA TRIPULACIÓN DE LA EMBARCACIÓN, EN VIRTUD DE SU ENROLAMIENTO A BORDO, INCLUIDOS LOS GASTOS DE REPATRIACIÓN Y LAS APORTACIONES DE SEGURIDAD SOCIAL PAGADERAS EN SU NOMBRE.
> ...

SE DEBERÁ ENVIAR OFICIO AL CAPITÁN DE PUERTO DE DOS BOCAS, EN DONDE SE ENCUENTRA ACTUALMENTE LA EMBARCACIÓN A FIN DE QUE PROCEDA A LA RETENCIÓN O NO DESPACHO DEL BARCO FAIRMOUNT GLACIER, CUYAS CARACTERISTICAS SE DETALLAN MAS ADELANTE DE ESTA DENUNCIA O QUERELLA Y NO SE AUTORICE REALIZAR PRESTACIÓN DE SERVICIOS DE TRANSPORTE MARÍTIMO EN SU JURISDICCIÓN, POR ACTUAR COMO AUXILIAR DEL MINISTERIO PÚBLICO COMO LO ESTABLECE EL ARTÍCULO 9 FRACCIÓN XI DE LA LEY DE NAVEGACIÓN Y COMERCIO MARÍTIMOS:

> ARTÍCULO 9.- CADA PUERTO HABILITADO TENDRÁ UNA CAPITANÍA DE PUERTO, DEPENDIENTE DE LA SECRETARIA, CON UNA JURISDICCIÓN TERRITORIAL Y MARÍTIMA DELIMITADA; CON LAS SIGUIENTES ATRIBUCIONES:
>
> ...
>
> XI.- REALIZAR LAS INVESTIGACIONES Y ACTUACIONES DE LOS ACCIDENTES E INCIDENTES MARÍTIMOS, PORTUARIO, FLUVIALES Y LACUSTRES RELATIVOS A EMBARCACIONES QUE SE ENCUENTREN EN EL ÁMBITO DE SU JURISDICCIÓN, DE CONFORMIDAD CON LAS DISPOSICIONES APLICABLES DE ESTA LEY Y ACTUAR COMO AUXILIAR DEL MINISTERIO PÚBLICO PARA TALES INVESTIGACIONES Y ACTUACIONES.
>
> ...

FAX NO. :9383826186

6.- AL CAPITÁN DE LA EMBARCACIÓN FAIRMOUNT GLACIER, DEBERÁ COMPARECER INMDIATAMENTE QUE SE LO SOLICITE EL AGENTE DEL MINISTERIO PUBLICO INVESTIGADOR, PARA LOS EFECTOS DE QUE RINDE TESTIMONIO EN RELACION CON LOS PRESENTES HECHOS DENUNCIADOS CON LA PROHIBICIÓN DE ABANDONAR LA DEMARCACIÓN GEOGRÁFICA SIN SU AUTORIZACIÓN DEL MINISTERIO PÚBLICO.

SE TIENE CONOCIMIENTO QUE LA EMBARCACION PRETENDE SALIR DE DE AGUAS MEXICANAS MAÑANA A PRIMERA HORA DEL DIA POR LO CUAL ES URGENTE

EL NO DESPACHO DE LA EMBARCACIÓN FAIRMOUNT GLACIER PARA PROPORCIONAR SEGURIDAD Y AUXILIO A LAS VICTIMAS EN TÉRMINOS DE LOS PREVISTO EN LOS ARTICULOS 8, 20, APARTADO B, 21 Y 32 DE LA CONSTITUCION POLITICA DE LOS ESTADOS UNIDOS MEXICANOS.

LAS CARACTERÍSTICAS DE LA EMBARCACIÓN FAIRMOUNT GLACIER, SON LAS SIGUIENTES:



AHT FAIRMOUNT GLACIER
16,320 BHP - 205 Ton Bollard Pull

Anchor Handling Tug

### Registration
| | |
|---|---|
| Flag/Port of registery: | Panama/Panama |
| Calsign/IMO number: | 3EAM4 / 9315563 |
| Builder/Hull-number: | Niigata, Japan / N-005 |
| Year Built: | 06/2006 |
| Classification: | LRS+100 A1 Tug FiFi-1 with waterSpray SCM+LMC |

### Principal Particulars
| | |
|---|---|
| Length Overall: | 75.05 Metres |
| Length B.P.: | 66.06 Metres |
| Breadth over all: | 18.00 Metres |
| Depth: (moulded) | 8.00 Metres |
| Min. / Max. draught: | 4.08 / 6,8 Metres |
| Deadweight: | 3,568 Tonnes |
| GRT / NRT | 3,239 / 971 Tonnes |
| Panama volume/tonnage | 11,521m3 /2,279 tonnes |

### Main Engines
| | |
|---|---|
| Make: | Wartsila |
| Type: | W 6L 32 |
| BHP/KW | 4 X 4.080 Bhp / 4 X 300 Kw @ 750 RPM |
| Propeller | 2 X CP propellers, dia=3,85 metres in nozzles |
| Bollard Pull | 205 Ton |
| Bow thruster | 12,5 tonnes / 825 KW |
| Stern thruster | 10,5 tonnes / 736 KW |

LAS EMPRESAS FAIRMOUNT TIENEN LA COMPOSICIÓN JURÍDICA QUE APARECE EN LA PÁGINA O EL PORTAL DE INTERNET, CON LOS DATOS INFORMÁTICOS SIGUIENTES:



Exhibit 19: Company structure after establishing the Partnership

Source: Fairmount Heavy Transport

http://www.fairmountht.com/page.php?idObject=401

**7.- LAS EMPRESAS, MEDIANTE SUS BARCOS, DEBEN SUJETARSE A LA LEGISLACIÓN MEXICANA POR ESTAR OPERANDO EN AGUAS NACIONALES EN TÉRMINOS DE LO PREVISTO EN EL ARTÍCULO 5 DE LA LEY DE NAVEGACIÓN Y COMERCIO MARÍTIMOS, QUE DISPONE:**

> ARTÍCULO 5.-...
>
> LAS EMBARCACIONES Y LOS ARTEFACTOS NAVALES EXTRANJEROS QUE SE ENCUENTREN EN LA VÍAS GENERALES DE COMUNICACIÓN POR AGUAS MEXICANAS QUEDARÁN SUJETOS POR EL ESE SÓLO HECHO, A LA JURISDICCIÓN Y AL CUMPLIMIENTO DE LA LEGISLACIÓN NACIONAL.

LAS EMPRESAS:

- FAIRMOUNT BEHEER C.V.
- FAIRMOUNT MARINE B.V.
- FAIRMOUNT BEHEER B.V.
- FAIRMOUNT HEAVY TRANSPORT N.V.
- FAIRMOUNT MARINE SERVICES B.V.

DE CONFORMIDAD CON LA LEGISLACIÓN MEXICANA, EL MINISTERIO PÚBLICO FEDERAL, PUEDE PROCEDER COMO LO SEÑALA EL ARTÍCULO 3 DE LA LEY GENERAL DE SOCIEDADES MERCANTILES QUE DISPONE:

> ARTÍCULO 3.- LAS SOCIEDADES QUE TENGAN UN OBJETO ILÍCITO O EJECUTEN HABITUALMENTE ACTOS ILÍCITOS, SERÁN NULAS Y SE PROCEDERÁ A SU INMEDIATA LIQUIDACIÓN, A PETICIÓN QUE EN TODO TIEMPO PODRÁ SER CUALQUIERA PERSONA, **INCLUSO EL MINISTERIO PÚBLICO, SIN PERJUICIO, DE LA RESPONSABILIDAD PENAL A QUE HUBIERE LUGAR.**
>
> LA LIQUIDACIÓN SE LIMITARÁ A LA REALIZACIÓN DEL ACTIVO SOCIAL, PARA PAGAR LAS DEUDAS DE LA SOCIEDAD, Y EL REMANENTE SE APLICARÁ AL PAGO DE LA RESPONSABILIDAD CIVIL, Y EN DEFECTO DE ÉSTA, A LA BENEFICENCIA PÚBLICA DE LA LOCALIDAD EN QUE LA SOCIEDAD HAYA TENIDO SU DOMICILIO.

EL CÓDIGO PENAL FEDERAL EN MATERIA DE EMPRESAS DETERMINA EN SU ARTÍCULO 11 LO SIGUIENTE:

> ARTÍCULO 11.- CUANDO ALGÚN MIEMBRO O REPRESENTANTE DE UNA PERSONA JURÍDICA, O DE UNA SOCIEDAD, CORPORACIÓN O EMPRESA DE CUALQUIERA CLASE, CON EXCEPCIÓN DE LAS INSTITUCIONES DEL ESTADO, **COMETA UN DELITO CON LOS MEDIOS QUE PARA TAL OBJETO LAS MISMAS ENTIDADES LE PROPORCIONEN, DE MODO QUE RESULTE COMETIDO A NOMBRE O BAJO EL AMPARO DE LA REPRESENTACIÓN SOCIAL O EN BENEFICIO DE ELLA,** EL JUEZ PODRÁ, EN LOS CASOS EXCLUSIVAMENTE ESPECIFICADOS POR LA LEY DECRETAR EN LA SENTENCIA LA SUSPENSIÓN DE LA AGRUPACIÓN O SU DISOLUCIÓN, CUANDO LO ESTIME NECESARIO PARA LA SEGURIDAD PÚBLICA.



SE TIENE CONOCIMIENTO DE LA EXISTENCIA DE OTROS BARCOS QUE PUDIERAN ESTAR EN AGUAS MEXICANAS Y QUE CORRESPONDEN A LOS NOMBRES DE:

1. FAIRMOUNT ALPINE
2. FAIRMOUNT EXPEDITION
3. FAIRMOUNT FJELL
4. FAIRMOUNT FJORD
5. FAIRMOUNT FUJI
6. FAIRMOUNT SHERPA
7. FAIRMOUNT SUMMIT
8. GAVEA LIFTER

:OCEANOGRAFIA                FAX NO. :9383826186              Apr. 10 2007 06:01PM P 10

9. HUA AN
10. OCEAN SEAL
11. OCEAN ORC

DEBERÁN SER RETENIDOS O NO DESPACHADOS, EN CASO DE ENTRAR EN AGUAS DE JURISDICCIÓN MEXICANA PARA QUE RESPONDA DE LA REPARACIÓN DE LOS DAÑOS.

9.- DEBERÁ DARSE CONOCIMIENTO A LAS AUTORIDADES COMPETENTES PARA EFECTO DE QUE LA OFERTA DE ACCIONES EN BOLSA DEL GRUPO FAIRMOUNT, SE RETIRE O SE FORME EL ENCAJE LEGAL CORRESPONDIENTE, PARA EVITAR DAÑOS A LA SOCIEDAD.

10.- REALIZAR LAS DILIGENCIAS MINISTERIALES NECESARIAS.

### DERECHO

CON FUNDAMENTO EN LOS ARTÍCULOS 1, 5, 14, 16, 17, 20 APARTADO B Y 21 DE LA CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS, SE PRESENTA LA DENUNCIA Y QUERELLA.

EN EJERCICIO DEL DERECHO DE PETICIÓN PREVISTO EN EL ARTÍCULO 8°, DE LA CONSTITUCION POLITICA DE LOS ESTADOS UNIDOS MEXICANOS Y LOS NUMERALES 112, 116 Y 119, DEL CÓDIGO DE PROCEDIMIENTOS PENALES VIGENTE PARA EL ESTADO DE TABASCO, SE PRESENTA LA DENUNCIA Y QUERELLA CON LA DESCRIPCIÓN DE LOS HECHOS SIN CALIFICARLOS JURÍDICAMENTE.

### AUTORIZACIÓN

SE AUTORIZA PARA OÍR Y RECIBIR TODA CLASE DE NOTIFICACIONES, Y ENTERARSE DEL CONTENIDO DE LA AVERIGUACIÓN PREVIA, IMPONERSE DEL MISMO, A LOS C. OMAR OLVERA DE LUNA, EMILIO EGUÍA VILLASEÑOR, NICOLÁS JERÓNIMO ALEJO, GUADALUPE PRIEGO SEGURA, OMAR LÓPEZ RODRÍGUEZ, LUIS BEULO AGUIRRE, Y FERNANDO MANUEL GONZÁLES MARTÍNEZ Y MARIO ISLAS OVANDO, INDISTINTAMENTE.

**DOMICILIO DE**
**TRANSPORTES NAVIEROS Y TERRESTRES, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**

FROM :OCEANOGRAFIA           FAX NO. :9383826186           Apr. 10 2007 06:01PM P 11

CARRETERA PARAÍSO PUERTO CEIBA KILOMETRO 1 S/N ENTRE BOULEVARD MANUEL A. ROMERO ZURITA, CALLE A. FONAPO, COLONIA QUINTÍN ARAUZ, CÓDIGO POSTAL 86600, PARAÍSO, TABASCO.

POR LO EXPUESTO Y FUNDADO

A USTED C. PROCURADOR Y AGENTE DEL MINISTERIO PÚBLICO, ATENTAMENTE PEDIMOS:

ÚNICO.- INTEGRAR LA AVERIGUACIÓN PREVIA Y EJERCITAR LA ACCIÓN PENAL EN CONTRA DE LOS RESPONSABLES.

VILLAHERMOSA, TABASCO, ONCE DE ABRIL DE DOS MIL SIETE.

RESPETUOSAMENTE

HERMILO ESCOBEDO OBRADOR,
APODERADO DE LA SOCIEDAD MERCANTIL
"TRANSPORTES NAVIEROS Y TERRESTRES, S.A. DE C.V."

C.C.P. C. PRESIDENTE DE LOS ESTADOS UNIDOS MEXICANOS, PARA SU PARTICIPACIÓN Y CONOCIMIENTO, POR SER LA SUPREMA AUTORIDAD DE LA MARINA MERCANTE, EN TÉRMINOS DE LO PREVISTO EN LA LEY DE NAVEGACIÓN Y COMERCIO MARÍTIMOS EN SU ARTÍCULO 7 Y EN EJERCICIO DEL DERECHO DE PETICIÓN ORDENADO EN LOS ARTÍCULOS 8 Y 35 FRACCIÓN V DE LA CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS.

C.C.P. C. SECRETARIO DE COMUNICACIONES Y TRANSPORTES, PARA SU CONOCIMIENTO Y PARTICIPACIÓN, EN EJERCICIO DEL DERECHO DE PETICIÓN ORDENADO EN LOS ARTÍCULOS 8 Y 35 FRACCIÓN V DE LA CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS.

C.C.P. C. COORDINADOR GENERAL DE PUERTOS Y MARINA MERCANTE, PARA SU CONOCIMIENTO Y PARTICIPACIÓN, EN EJERCICIO DEL DERECHO DE PETICIÓN ORDENADO EN LOS ARTÍCULOS 8 Y 35 FRACCIÓN V DE LA CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS.

C.C.P. C. DIRECTOR GENERAL DE MARINA MERCANTE, PARA SU CONOCIMIENTO Y PARTICIPACIÓN, EN EJERCICIO DEL DERECHO DE PETICIÓN ORDENADO EN LOS ARTÍCULOS 8 Y 35 FRACCIÓN V DE LA CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS.

C.C.P. C. DIRECTOR GENERAL DE PUERTOS, PARA SU CONOCIMIENTO Y PARTICIPACIÓN, EN EJERCICIO DEL DERECHO DE PETICIÓN ORDENADO EN LOS ARTÍCULOS 8 Y 35 FRACCIÓN V DE LA CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS.

C.C.P. C. SECRETARIA DE RELACIONES EXTERIORES, PARA SU CONOCIMIENTO Y PARTICIPACIÓN, EN EJERCICIO DEL DERECHO DE PETICIÓN ORDENADO EN LOS ARTÍCULOS 8 Y 35 FRACCIÓN V DE LA CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS.

C.C.P. EMBAJADA EN MÉXICO DEL REINO DE LOS PAÍSES BAJOS, PARA EFECTOS DE SU CONOCIMIENTO Y PARTICIPACIÓN, DE CONFORMIDAD CON LOS TRATADOS INTERNACIONALES, CORRELATIVOS AL ARTÍCULO 2 FRACCIÓN II DE LA LEY DEL SERVICIO EXTERIOR MEXICANO.

C.C.P. EMBAJADA DE MÉXICO EN EL REINO DE LOS PAÍSES BAJOS, PARA SU PARTICIPACIÓN EN TÉRMINOS DEL ARTÍCULO 2 FRACCIÓN II DE LA LEY DEL SERVICIO EXTERIOR MEXICANO.

C.C.P. EMBAJADA DE MÉXICO EN ITALIA, PARA SU PARTICIPACIÓN EN TÉRMINOS DEL ARTÍCULO 2 FRACCIÓN II DE LA LEY DEL SERVICIO EXTERIOR MEXICANO.

C.C.P. CAPITANÍA DE PUERTO DE CIUDAD DEL CARMEN, PARA SU CONOCIMIENTO Y PARTICIPACIÓN, EN EJERCICIO DEL DERECHO DE PETICIÓN ORDENADO EN LOS ARTÍCULOS 8 Y 35 FRACCIÓN V DE LA CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS.

C.C.P. CAPITANÍA DE PUERTOS DE DOS BOCAS, PARA SU CONOCIMIENTO Y PARTICIPACIÓN, EN EJERCICIO DEL DERECHO DE PETICIÓN ORDENADO EN LOS ARTÍCULOS 8 Y 35 FRACCIÓN V DE LA CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS.

C.C.P. CAPITANÍA DE PUERTOS DE COATZACOALCOS, PARA SU CONOCIMIENTO Y PARTICIPACIÓN, EN EJERCICIO DEL DERECHO DE PETICIÓN ORDENADO EN LOS ARTÍCULOS 8 Y 35 FRACCIÓN V DE LA CONSTITUCIÓN POLÍTICA DE LOS ESTADOS UNIDOS MEXICANOS.

C.C.P. FAIRMOUNT BEHEER C.V., PARA EFECTOS DE SU CONOCIMIENTO Y RESPONSABILIDAD.

C.C.P. FAIRMOUNT MARINE B.V., PARA EFECTOS DE SU CONOCIMIENTO Y RESPONSABILIDAD.

C.C.P. FAIRMOUNT BEHEER B.V., PARA EFECTOS DE SU CONOCIMIENTO Y RESPONSABILIDAD.

C.C.P. FAIRMOUNT HEAVY TRANSPORT N.V., PARA EFECTOS DE SU CONOCIMIENTO Y RESPONSABILIDAD.

C.C.P. FAIRMOUNT MARINE SERVICES B.V., PARA EFECTOS DE SU CONOCIMIENTO Y RESPONSABILIDAD.