UNITED STATES DISCTRICT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------X

TRANSPORTES NAVIEROS Y

TERRESTRES, S.A. DE C.V.,

Plantiff,                                                             07 CV 3076 (LAP)


    -against-

FAIRMOUNT HEAVY TRANSPORT N.V.,

    Defendant.

----------------------------------------------X


### DECLARATION OF HERMILO ESCOBEDO OBRADOR

1. My name is Hermilo Escobedo Obrador; I was born in Ciudad del Cármen, Campeche, Mexico, on February 23rd 1956. I have a degree in Mechanical Engineering and have been the legal representative of the Company Transportes Navieros y Terrestres, S.A. de C.V. (TNT), with address in Carretera Paraíso, Puerto Ceiba, kilómetro 1, s/n, col. Quintin Arauz, Municipio Paraíso, Villahermosa, Tabasco, C.P. 86600, México, since May 19th, 1999.

2. This declaration is submitted in support of Plaintiff Transportes Navieros y Terrestres, S.A. de C.V., in Fairmount Heavy Transport N.V.´s Motion to Vacate the Attachment.

3. Under the Charter Party, Plaintiff, TNT, would have received a daily charter rate of $100,000 from Con-Dive for the vessel


OPERATIONAL COST OF THE VESSEL

The approximate cost of the vessel's daily operations is as follows:

- Crew and Services        USD $23,000.00
- Fuel        USD $5,250.00
- Consumables & Catering        USD$4.750.00

TOTAL DAILY COST        USD $33,000.00

In regular bases under commercial prices this is the cost approximately to operate vessel CABALLO AZTECA.

I certify under penalty of perjury under US law that the above statements are true to the best of my memory and belief.

Executed on this 16th Day of May 2007