Martin F. Casey (MFC-1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
Tel: 212-286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRANSPORTES NAVIEROS Y TERRESTRES,
S.A. DE D.V.,

         Plaintiff,

   - against -

FAIRMOUNT HEAVY TRANSPORT N.V.,

         Defendant.
------------------------------------------------------------X

07 CV 3076 (LAP)

**MOTION TO ADMIT
COUNSEL *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Martin F. Casey, a member in good standing of the Bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Alfred J. Rufty, III |
| Firm Name: | Harris & Rufty, LLC |
| Address: | 650 Poydras Street, Ste 2710 |
| | New Orleans, La. 70130 |
| Phone Number: | 504-525-7500 |
| Fax Number: | 504-525-7222 |
| E-Mail Address: | ajr@harrisrufty.com |

2

     Alfred J. Rufty, III is a member in good standing of the Bar of the State of Louisiana. There are no pending disciplinary proceedings against Alfred J. Rufty III in any state or federal court.

Dated: New York, New York
       May 14, 2007

                                             Respectfully submitted,

                                             CASEY & BARNETT, LLC

                      By:  _____
                                       Martin F. Casey (MFC-1415)
                                       317 Madison Avenue, 21st Floor
                                       New York, New York 10017
                                       (212) 286-0225

## CERTIFICATION OF SERVICE

I hereby certify that the defendant's Motion to Admit Counsel pro hac vice, and the accompanying Affidavit of Martin F. Casey in support of the Motion and a proposed Order, have been served on Defendant's Counsel, Charles Murphy, Esq, Tisdale & Lennon, 10 Spruce Street, Southport, CT 06890 by depositing same with the United States Postal Service on May 15, 2007.

Christopher M. Schierloh

Martin F. Casey (MFC-1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
Tel: 212-286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRANSPORTES NAVIEROS Y TERRESTRES,
S.A. DE C.V.,

                              Plaintiff,

      - against -

FAIRMOUNT HEAVY TRANSPORT N.V.,

                            Defendant.
------------------------------------------------------------X

07 CV 3076 (LAP)

**AFFIDAVIT OF MARTIN F. CASEY IN SUPPORT OF THE MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK )

      MARTIN F. CASEY, being duly sworn, deposes and says as follows:

1.      I am a Member of the Firm, Casey & Barnett, LLC, counsel for Plaintiff, Transportes Navieros y Terrestres, S.A. de C.V., in the above captioned matter. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit ALFRED J. RUFTY III, as counsel *pro hac vice* to represent the Plaintiff in this matter.

2.      I am a member in good standing of the bar of the State of New York and was admitted to practice law on December 10, 1986. I am also admitted to the bar of the United States District Court for the Southern District of New York, having been admitted on February 20, 1987, and am in good standing with this Court.

3.      I have known Alfred J. Rufty, III since 2002.

4.      Alfred Rufty is a member of the firm, Harris & Rufty in New Orleans, Louisiana.

5.      I have found Mr. Rufty to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Mr. Rufty, *pro hac vice*.

7.      I respectfully submit a proposed Order granting the admission of Alfred J. Rufty, III, *pro hac vice*, which is attached hereto as Exhibit A.

**WHEREFORE**, it is respectfully requested that the motion to admit Alfred J. Rufty, III, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: May 14, 2007
       New York, New York

                                        Respectfully submitted,

                                        _____
                                        Martin F. Casey (MFC-1415)

Sworn to before me this 14th day
of May, 2007

_____
Notary Public

CHRISTOPHER M. SCHIERLOH
Notary Public, State of New York
No. 02SC6152972
Qualified in Nassau County
Commission Expires Sept. 25, 20 / o

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRANSPORTES NAVIEROS Y TERRESTRES,
S.A. DE C.V.,

                                     Plaintiff,

        - against -

FAIRMOUNT HEAVY TRANSPORT N.V.,

                                  Defendant.
-----------------------------------------------------------X

07 CV 3076 (LAP)

**Judge Preska**

ORDER FOR ADMISSION
  PRO HAC VICE
ON WRITTEN MOTION

      Upon the motion of Martin F. Casey, attorney for Plaintiff, Transportes Navieros Y Terrestres, S.A. de C.V., and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED THAT:

| | |
|---|---|
| Applicant's Name: | Alfred J. Rufty, III |
| Firm Name: | Harris & Rufty, LLC |
| Address: | 650 Poydras Street, Ste 2710 |
| | New Orleans, La. 70130 |
| Phone Number: | 504-525-7500 |
| Fax Number: | 504-525-7222 |
| E-Mail Address: | ajr@harrisrufty.com |

is admitted to practice pro hac vice as counsel for Plaintiff, Transportes Navieros y Terrestres, S.A. de C.V., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the local Rules of this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: New York, New York

    May \_\_\_\_, 2007

                                        _____
                                        UNITED STATES DISTRICT JUDGE/MAGISTRATE JUDGE

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

_____Eastern_____ **DISTRICT OF** _____Louisiana_____

### CERTIFICATE OF GOOD STANDING

*I,* _____Loretta G. Whyte_____ *, Clerk of this Court,*

*certify that* _____ALFRED J. RUFTY III_____ *, Bar #* _____19990_____ *,*

*was duly admitted to practice in this Court on*

_____5/9/1990_____ *, and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _____New Orleans, Louisiana_____ *on* _____05/14/2007_____ *.*
LOCATION                                          DATE

Loretta G. Whyte                        [signature]
CLERK                                   DEPUTY CLERK