UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
TRANSPORTES NAVIEROS Y TERRESTRES,
S.A. DE C.V.,

                Plaintiff,

- against -

FAIRMOUNT HEAVY TRANSPORT N.V.,

                Defendant.
---------------------------------------------------------X

07 CV 3076 (LAP)

**Judge Preska**

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/07

Upon the motion of Martin F. Casey, attorney for Plaintiff, Transportes Navieros Y Terrestres, S.A. de C.V., and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED THAT:

| | |
|---|---|
| Applicant's Name: | Alfred J. Rufty, III |
| Firm Name: | Harris & Rufty, LLC |
| Address: | 650 Poydras Street, Ste 2710 |
| | New Orleans, La. 70130 |
| Phone Number: | 504-525-7500 |
| Fax Number: | 504-525-7222 |
| E-Mail Address: | ajr@harrisrufty.com |

is admitted to practice pro hac vice as counsel for Plaintiff, Transportes Navieros y Terrestres, S.A. de C.V., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the local Rules of this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

May 22, 2007

So ordered,
Loretta A. Preska
USDJ