# HARRIS & RUFTY, L.L.C.

RUFUS C. HARRIS, III
ALFRED J. RUFTY, III
e-mail: rch@harrisrufty.com
e-mail: ajr@harrisrufty.com

650 Poydras Street, Suite 2710
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: 504/525-7500
FAX: 504/525-7222

CINDY G. MARTIN
JILL S. WILLHOFT
e-mail: cgm@harrisrufty.com
e-mail: jsw@harrisrufty.com

August 8, 2007

Hon. Loretta Preska
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

**By Facsimile (212) 805 7941**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/07

RE: Transportes Navieros Y Terrestres, S.A.
v. Fairmount Heavy Transport, N.V.
Civil Action No. 07-3076
Our File No. 948-12

Dear Judge Preska,

On July 25, 2007 Plaintiff Transportes Navieros Y Terrestres, S.A. ("TNT") filed a Motion for Reconsideration with this Honorable Court. Thereafter, on August 4, 2007, Defendant Fairmount Heavy Transport, N.V. ("FHT" or "Fairmount") filed an Opposition to said Motion.

TNT respectfully requests time to file a Reply. Lead counsel for TNT, Alfred J. Rufty, is out of town this week in relation to other litigation and is in trial in Galveston, Texas next week. Mr. Rufty feels that the legal issues involved in this case are such that a thorough briefing is necessary for the Court to be fully apprised of all relative arguments. Therefore, TNT is respectfully requesting until Friday, August 17 to file a Reply to Fairmount's Opposition. Opposing counsel objects to the extension.

Thank you in advance for your consideration of this request. Should you have any questions or comments concerning this matter, please do not hesitate to contact the undersigned.

*Any reply papers shall be filed, with courtesy copies delivered to chambers by hand or fax, no later than 10:00 am on August 13.*

Sincerely,

Cindy Galpin Martin, Esq.

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

August 9, 2007

CGM/
cc: Charles Murphy, Lennon Murphy & Lennon