Transportes Navieros y Terrestres, S.A. v. Fairmount Heavy Transport N.V.
07 Civ. 3076 (LAP)

## ENDORSEMENT

Plaintiff's motion for reconsideration of the Court's July 9, 2007 order is denied.

Plaintiff's motion for a stay of execution of that order is granted only to the extent of staying the order until 5:00p.m. on Tuesday, August 21 so that Plaintiff can apply to the Court of Appeals if it so desires; otherwise, the motion for a stay is denied.

SO ORDERED

*[signature]*

LORETTA A. PRESKA, U.S.D.J.

Dated: August 15, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/07