Christopher M. Schierloh (CS6644)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRANSPORTES NAVIEROS Y             :
TERRESTRES, S.A. DE C.V.           :
     Plaintiff,          :
               : **Civil Action No. 07-3076**
 - against -          : **Judge Loretta Preska**
               :
FAIRMOUNT HEAVY TRANSPORT N.V.,    :
               :
     Defendant,          :
-----------------------------------------------------------X

## NOTICE OF APPEAL

  NOTICE IS HEREBY GIVEN that Transportes Navieros Y Terrrestres, S.A. De C.V., Plaintiff in the above captioned civil action, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered on July 9, 2007 denying in part and granting in part Defendant Fairmount Heavy Transport, N.V.'s Motion to Show Cause Why Attachment Should Not Be Vacated or Modified and from the Order entered August 17, 2007 denying Plaintiff's Motion for Reconsideration of the Court's July 9, 2007 Order. Both Orders are final pursuant to Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949).

  The undersigned hereby certifies that on September 12, 2007, the forgoing Notice of Appeal was served on all counsel of record by facsimile or other electronic transmission. Defendant Fairmount Heavy Transport, N.V. is represented by Charles

Murphy of Lennon, Murphy, and Lennon, 420 Lexington Ave, Suite 300, New York City, New York, 10170.

                FOR PLAINTIFF TRANSPORTES
                NAVIEROS Y TERRESTRES, S.A. DE C.V.

By: *[signature]*

Alfred J. Rufty III (AJR-2990)
Chris Schierloh (CS-6644)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225  Telephone
(212) 286-0261  Facsimile
ajr@harrisrufty.com
cms@caseybarnett.com